# EXHIBIT 1



# STANDARD WRITTEN ORDER

**KINEX**

## PATIENT INFORMATION: (Provide all info & demographic Page including insurance info)

Patient Name:_____ Date of Birth:_____ Order Date:_____

Date of Surgery:_____ Type of Surgery:_____

Start Date of Equipment:_____ **Extremity:** ☐ Left ☐ Right ☐ Bilateral

**MUST COMPLETE EACH SECTION (1 THRU 4) TO PRESCRIBE**

**1. DIAGNOSIS CODES** ICD10 Code(s): _____ _____ _____

☒ Knee ☐ Shoulder ☐ Hip ☐ Back ☐ Hand ☐ Wrist ☐ Elbow ☐ Ankle ☐ Other_____

**2. PRESCRIBED LENTH OF NEED** (check one)

☐ 3 Weeks ☐ 4 Weeks ☐ 6 Weeks ☒ Purchase/Lifetime (99) ☐ Other:_____

**3. PRODUCT PRESCRIBED** (check the items for your patient)

☐ **Knee Functional ACL Brace L1852** (Purchase/Lifetime)

☐ **Knee Osteoarthritis Unloader Brace L1852** (Purchase/Lifetime) ☐ Medial ☐ Lateral

☐ **Back Brace L0650** (Purchase/Lifetime)

☐ **Sam® Sport E1399** – wearable ultrasound for pain reduction + coupling patches S2012-UB

☐ **Post-Op ROM Brace** (elbow/knee) **L1833** (Purchase/Lifetime)

☐ **ROM Hip Brace L1686** (Purchase/Lifetime)

☐ **Shoulder Abduction Sling L3960**

☐ **Kinex ThermoComp™ for Shoulder L3560:** Cold-Contrast-Compression + full arm pneumatic appliance + cold heat pad stabilization orthotic shoulder restrainer

☐ **Kinex ThermoComp™ for Knee L3560:** Cold-Contrast-Compression + half leg pneumatic appliance + cold-heat pad+ kne Brace L1833

☒ **Cold Device Purchase E0218** (gravity or motorized) + Knee ROM Orthotic L1833 OTS

☐ **Kinex Shoulder CPM E0936:** dynamic-static mobilization device + sheepskin pad E0188

☐ **Kinex Connect Knee CPM E0935:** dynamic-static mobilization device + sheepskin pad E0188, CPM device as a Physical Ther

☐ **DVT Purchase E0676** with rapid inflation-deflation cycle for venous and arterial insufficiency + L&R pads

☐ **OTHER** _____

I certify that the above prescribed equipment is medically indicated and, in my opinion, is reasonable and necessary with reference to the accep medical practice and treatment of this patient's condition and is not prescribed as "convenience" equipment. I ask that there be no equipment su Kinex devices prescribed. The physician notes, product lists and other supporting documentation will be provided to the Supplier or its Authorize request.

Physician Printed Name: <u>Dr. Kashif Ali,</u>

NPI# <u>1477887453</u>

Street Address: <u>3200 E Racine St.</u>

City <u>Janesville</u> State: <u>WI</u> ZIP: <u>53546</u>

Phone Number: <u>(608) 371-8000</u> Fax Number: (608) 371-8932

**4. Physician Signature:** _____ **Date:** _____

*Medicare does not accept stamped/photocopied signatures*

# EXHIBIT 2



Kinex Medical Company Order Form

Insert SmartText

Michael [redacted]
Home Phone    Not on file.
Work Phone    Not on file.
Mobile        [redacted]

Payor: UHC COMM HP MEDICAID / Plan: UHC COMMUNITY HEALTH PLAN
Surgery Date: ***Discharge Date: ***Home/Application Date (list both if differ
Laterality: {RIGHT LEFT BILATERAL:50193048}{Kinex Orthotic:15702}
Prescription Length: {Orthotic Prescription Length:15703}
Kinex Item(s) Ordered:

{Kinex CPM:15728}

Reason Equipment {KINEX CPM:TXT:39979}
{KINEX LETTER O{KINEX THERMOCOMP:TXT,31757}
{KINEX DVT/PE IPC DEVICE:TXT,31794}
I certify that the ab{KINEX POST OP BRACE:TXT,39982}
of this patient's con{KINEX SHOULDER CRADLE:TXT,31800}
{KINEX VENAPRO:TXT,31799}
{KINEX COLD DEVICE:TXT,39985}
{KINEX COLD DEVICE + ORTHOTIC:TXT,31811}
{KINEX UNLOADER BRACE:TXT,31812}

...cated and, in my
...ce" equipment.

y):

COVID-19 Va
booster dose
COVID-19: Tr
1/3/2023
Isolation: Nor
IMO

Wolf
PCP

Coverage: Uh
Allergies (3)

Scheduler
Wt: 112.5 kg

# EXHIBIT 3

**From:** ████████████████████████████████████

**Sent:** Monday, December 09, 2019 6:35 PM

**Subject:** Re: New submission from Footer contact

[External Email - Use Caution]

L1833 is a brace.........ROM. Range Of Motion. I did not receive anything like that from Kinex. I have looked them up on line, and I have an idea what they look like. I see it listed on the yellow receipt from the day of delivery, but I did not receive one. When a company like yours, recommended by my surgeon, brings equipment,I assume you are delivering what you say you are delivering.

Please send me that itemized receipt from service dates July 4 thru Aug 29, 2019.

Thanks

████████████████████████████

Sent from my iPad

On Dec 9, 2019, at 1:25 PM, CCC Inbox <CustomerService@kinexmedical.com> wrote:

Hello!

Your claim is still pending. We have not billed out the July surgery yet as we are waiting for notes from the doctor to qualify the L1833 on the order. when this has been completed we can send you an itemize statement.

Thank you!!

Customer Contact Center
Kinex Medical Company, LLC
Toll Free: (800) 845-6364 x7330
www.kinexmedical.com

<image001.jpg>

For Technical Support please call or email:
(80█████████████

# EXHIBIT 4

# Fwd: Kinex medical



Tue 12/10/2019 12:08 PM

████████████████████████

Enjoy!    These two pics are all I have from Kinex.



Sent from my iPad



Begin forwarded message:

> From: CCC Inbox <CustomerService@kinexmedical.com>
> Date: December 10, 2019 at 8:41:29 AM CST
> To: ████████████████████
> Subject: Kinex medical

Hello!

Cold Therapy Purchase (Purchase, Qty 1, Product: IceMan CLEAR3, Vendor Item #: 11-0493, E0218, List Price: $406.12)
 Stabilization Orthotic (Cold/Comp) (Purchase, Qty 1, Product: DONJOY WRAP, KNEE ROM BRACE , Vendor Item #: 11-0742, L1833, List Price: $800.48)

**The L1833 is a Don Joy wrap that is used in conjunction with the cold unit..its the wrap/cold pad.   The discription does have the word brace in it but it is considered  wrap.  Hop this helps!**

Customer Contact Center
Kinex Medical Company, LLC
Toll Free: (800) 845-6364 x7330
www.kinexmedical.com

# ✖ KINEX

For Technical Support please call or email:
(800) 845-6364 ext. 7370



# EXHIBIT 5



# STANDARD WRITTEN ORDER

Territory: <u>RM53</u>

KINEX

PATIENT INFORMATION: (Provide all info & Demographic Page including Insurance Info)

**Patient Name** ▋ **Date of Birth** ▋ **Patient Phone#** _____

Type of Surgery: <u>(R) post. THA</u>   Date of Surgery: <u>9/29/23</u>   Order Date: <u>9/15/23</u>

Surgery Location: ☐ Baycare Surg Ctr  ☐ Aurora Baycare main  ☑ Marinette   Extremity: ☐ Left  ☑ Right  ☐ Bilateral

**1. DIAGNOSIS CODES**  ICD-10 Code(s): <u>M16.11</u> _____
☐ Knee  ☐ Shoulder  ■ Hip  ☐ Other: _____

**2. PRESCRIBED LENGTH OF NEED** (check one):
☐ up to 12 Weeks  ■ Purchase/Lifetime (99)  ☐ Other: _____

**3. PRODUCTS PRESCRIBED** (check the items for your patient):

## CPM

☐ Knee Kinex Connect CPM E0935: dynamic-static mobilization device + sheepskin pad E0188, CPM device as a physical therapy (PT) adjunct
☐ Shoulder Kinex CPM E0936: dynamic-static mobilization device + sheepskin pad E0188

☐ Hip Kinex CPM E0936: dynamic-static mobilization device + sheepskin pad E0188, CPM device as a physical therapy (PT) adjunct

## Cold/Compression Therapy

☐ Kinex ThermoComp™ for Knee: Cold-Contrast-Compression + full leg pneumatic appliance L1830+ cold-heat pad

☐ Kinex ThermoComp™ for Hip: Cold-Contrast-Compression + pneumatic appliance + cold-heat pad + stabilization orthotic A9270
■ Cold Device Purchase E0218 (gravity or motorized)
☐ Knee ROM Brace, Knee Orthotic L1833

## Bracing

■ Post op Hip Brace L1686
☐ Post op Knee Brace L1833
☐ ACL Custom Brace L1846
☐ ACL OTS Brace L1852
☐ OA Custom Brace L1846 (Check option below)
  ☐ Medial or ☐ Lateral
☐ OA OTS Brace L1852 (Check option below)
  ☐ Medial or ☐ Lateral
☐ Post-op brace (T-ROM/X-ROM) L1833

## DVT Prophylaxis

☐ DVT Purchase E0676 with rapid inflation-deflation cycle for venous and arterial insufficiency + L&R pads
☐ DVT Compression Rental/PE Prophylaxis E0676 or E0675 with rapid inflation-deflation cycle for venous and arterial insufficiency + L&R calf pads E0673x2 (seg. grad. press. pneum. ap.)

## Other

☐ Bone Growth Stimulator E0748
☐ Sam®  (Sustained Acoustic Medicine) Unit and Coupling Patches & Quantity of 3 Refills (Quantity of 120 each)
  sam® Product Includes: Dual Applicators; Power Controller; charger 1 Tube of Coupling Gel; & 1 box (10 pieces) + 3-Pack of sam® sport Coupling Patches (120 pieces total)

I certify that the above prescribed equipment is medically indicated and, in my opinion, is reasonable and necessary with reference to the accepted standards of medical practice and treatment of this patient's condition and is not prescribed as "convenience" equipment. I ask that there be no equipment substitutions for the Kinex devices prescribed. The physician notes, product lists and other supporting documentation will be provided to the Supplier or its Authorized Distributor upon request.

Aurora BayCare Orthopedic & Sports Medicine Center
2845 Greenbriar Rd Green Bay, WI 54311     P: 920-288-5590 F: 920-288-5596

■ Dr Kirk Dimitris  NPI: 1518020429      ☐ Eric Goddeyne, PA-C  NPI#1386052777

**4. Physician Signature:** _____   **Date:** <u>9/15/23</u>
*Medicare does not accept stamped/photocopied signatures*

### PLEASE RETURN COMPLETED FORM TO
Kinex Medical Company ~ 1801 Airport Road • Suite D • Waukesha, WI 53188
Phone: (800) 845-6364 • E-Mail: orders@kinexmedical.com • Fax: (888) 686-1472

Rev 5.12.2020

# EXHIBIT 6

## KINEX

# *Patient Care Plan*

I was able to demonstrate understanding of the equipment and instructions provided below

Paid full
$75 -
co

Patient Signature ████████████████

9/25/23
Date

☐ **Continuous Passive Motion Device**

_____ times per day for _____ hour sessions

Initial Motion Settings: _____

End Range Goal: _____

*Increase Motion:*

☐ As Tolerated: _____

☐ Daily: _____

☐ Other: _____

Ice Man Machine
for Hip
$75.00

9/25/23

☑ **Cold Therapy Device**

☐ Cold Compression Therapy (ThermoComp):

    ☐ _____ times per day for _____ minute sessions

    ☐ Other: _____

☑ Cold Therapy:

    ☐ _____ times per day for _____ minute sessions

    ☑ Other: As needed for Pain / swelly

☐ DVT Therapy:

    ☐ Simultaneously with CPM

    ☐ Other: _____

20 min
20 min off

☑ **Orthotic/Brace:** w/ cold Thergh

☐ **Other:** _____

**Comments:** _____

# EXHIBIT 7



## Delivery Ticket

Distributor: R&M Rehab, LLC Territory: RM53 Setup Person: Chris B.   1029242

### Patient Demographic and Medical Information

| Name: | | Physician: | Dimitris, Kirk MD |
| --- | --- | --- | --- |
| Address(s): | Patient/Delivery/Billing | Date of Birth: | |
| | | Date of Surgery: | 9/29/2023 |
| Phone(s): | Voice | Limb: | Right |
| | Voice | Rx Length: | 364 days |

**ICD 10 Diagnosis:** M16.11- Unilateral primary osteoarthritis, right hip

| Insurance Name | Insured Name | Insured DOB | Policy ID Number | Group Number | Phone Number |
| --- | --- | --- | --- | --- | --- |
| MEDICARE | | | 4QK1EK3CQ00 | | |
| BCBS WI | | | IQR843M97979 | WISUPWP0 | |

| Product Sticker | Product | | Serial Number | Qty | Measure | Start Date |
| --- | --- | --- | --- | --- | --- | --- |
| | IceMan Universal Wrap-On Cold Pad 11-06xx-9-00000. DJO A9270 | | | 1 | Each | |
| | DonJoy IceMan Classic3 11-0494, DJO E0218 | | | 1 | Each | |
| | Excyabir Hip Brace 11-3000-ADV, DJO L1686 | | | 1 | Each | |
| | DME Delivery Set Up | | | 1 | Each | |

**Estimated cost is $75** if deductible has been met (estimated cost may vary when billing through a subcontractor). If my work comp or auto accident claim is denied, I will be responsible for the estimated cost.

**By signing this agreement, I acknowledge that I understand my financial responsibilities and agree as follows:**

I agree to use all products only in the manner for which they were intended and not to attempt to make any modifications or changes of any kind to the product. I agree that these products are to be utilized only as directed by my health care provider.

CONSENT FOR TREATMENT, PROOF OF DELIVERY, AUTHORIZATION TO RELEASE INFORMATION AND PERMIT PAYMENT OF INSURANCE BENEFITS TO HEATLH CARE PROVIDER Kinex Medical Company, LLC OR ITS BUSINESS PARTNERS. I authorize Kinex Medical Company, LLC or its business partners to deliver, administer and ship as necessary, the product and services prescribed by my health care provider, and I acknowledge that I have received the product and outlined services. I authorize Kinex Medical Company, LLC or its business partners, to submit a claim for such product to my insurer on my behalf, and I assign the benefits payable by my insurer for such product to Kinex Medical Company, LLC or its business partners. I authorize my health care provider and Kinex Medical Company, LLC or its business partners, to release any of my medical information required for my insurer to process the claim. I understand Kinex Medical Company, LLC and its business partners bill through the usual and customary prices, which are billed uniformly regardless of individual insurance. I understand that I am responsible for, and I agree to pay, any portion of the amount due for such product not paid by my insurer, whether resulting from deductibles, co-pays, or other. I acknowledge that I understand my Notification of Information Practices, Notice of Privacy Practices, Patient Rights & Responsibilities, and the Medicare Supplier Standards can be found on the Kinex website at www.kinexmedical.com under the Patient Resources tab at the top.

RENTAL/PURCHASE OPTION: Some durable medical equipment (DME), such as canes, crutches, or walkers can be rented or purchased; however, Kinex Medical Company, LLC products are purchase only items. I understand that if I do not wish to purchase the product(s) from Kinex Medical Company, LLC , I may request a prescription for the product directly from my health care provider and I may consult your local medical supply company to fill my order.

**I acknowledge that I have received the products above, received education/training, provided return demonstration, and all equipment applied to me as of today's date.**

I consent to receiving automated phone calls or text messages from Kinex Medical Company, LLC or its business partners at the phone numbers listed above or at any other phone numbers provided to Kinex Medical Company, LLC or its business partners. I authorize Kinex Medical Company, LLC and its business partners to contact me at such phone numbers, including wireless telephone numbers, other numbers that may result in charges or whether the numbers were provided in the past, present, or future, via phone, text (SMS), and/or other method using an automated telephone dialing system and/or leaving prerecorded and/or artificial voice messages, for any purpose, including without limitation, for the purposes of processing my claim, my account balance and/or payment obligations. Message and data rates may apply. To opt-out at any time by replying "STOP".

9/25/23  1:50 PM

| ✕ | 9/25/23 1:50 pm |
| --- | --- |
| Patient Signature (indicate relationship to patient) | Delivery Date/Time |

○ Collected Check  ○ Collected Card  ○ No Collection at Time of Setup

| Service Rep Signature | 9/25/27 |
| --- | --- |
| | Delivery Date/Time |



**⟨REF⟩ 11-0494**
HCPC 1 E0218
**⟨LOT⟩ 145877**

ICEMAN CLASSIC CUBE

**⟨REF⟩ 11-0679-9-00000**
HCPC 1 A9270
**⟨LOT⟩ 142634**

COLD PAD,UNIV,LOOP,NS.RH

RT / LT (circle one)  SUG. HCPC: L1686
ITEM#: 11-3000-ADV-SHORT  LOT#:20230810—Q
EXCYABIR HIP BRACE, ADV, UNIV, SHORT (QTY 1)

1801 Airport Road, Suite 5, Waukesha, WI 53188  |  www.kinexmedical.com

1 of 1

# EXHIBIT 8

## Re: Ice machine prescription & the delivery paper work



Fri 7/12/2024 9:00 PM

To

External

Report This Email  FAQ  Skout Email Protection

No he did not show me how to use the brace, he put it on the chair and said we don't need that, left in the bag. Continued showing me the ice machine
Yes, the machine worked fine without the brace

On Fri, Jul 12, 2024, 1:30 PM wrote:
Got it, thank you.

To confirm, did the rep that set it up for you ever show you how to use the hip brace itself or was it simply left in the bag? I'd be curious to know how it was presented to you. The ice machine actually works fine without the use of the brace, correct?

Cell:
Offic

> On Jul 12, 2024, at 12:13 PM wrote:

> Here is the info
> Thankyou

> ---------- Forwarded message ---------
> From: **CCC Inbox** <CustomerService@kinexmedical.com>
> Date: Fri, Jul 12, 2024, 10:45 AM
> Subject: RE: Ice machine prescription & the delivery paper work
> To:

Hi there! Please see the attached delivery ticket and order from your MD.

Thankyou

Kinex Medical Company, LLC

Toll Free: (800) 845-6364

www.kinexmedical.com

sigfile-logo

**From:** ████████████████████████

**Sent:** Friday, July 12, 2024 10:01 AM

**To:** CCC Inbox <CustomerService@kinexmedical.com>

**Subject:** Ice machine prescription & the delivery paper work

[External Email - Use Caution]

In regards to my surgery of Sept 2023 I had to purchase an ice machine which came w a brace I had no need for

Please send me the the copy of the scripts from the physician and also the delivery paperwork that you have

Thankyou

████████████

████████████████████████

████████████████

# EXHIBIT 9

# Same/Similar - Claim History Summary                JB JC

**NPI**

1356372809
**Date Of Service**

03/26/2024
**PTAN**

4475730001
**Search by**

HCPCS - Single
**Medicare ID**

4QK1EK3CQ00
**HCPCS**

E1399
**Beneficiary Name**

██████████████

**Product Category**

**Date of Birth**

██████████████

**Product Subcategories**

| Jurisdiction | From Date | To Date | HCPCS | Units | Diagnosis Codes | Supplier Name | Phone Number | Status | Ordering/Referring Physician NPI |
|---|---|---|---|---|---|---|---|---|---|

Claim History data not found.

# Same/Similar - CMN Summary                JB JC

**NPI**

1356372809
**Date Of Service**

03/26/2024
**PTAN**

4475730001
**Search by**

HCPCS - Single
**Medicare ID**

4QK1EK3CQ00
**HCPCS**

E1399
**Beneficiary Name**

██████████████

**Product Category**

**Date of Birth**

Case 2:24-cv-01461-JPS     Filed 11/13/24     Page 19 of 103     Document 1-2

05/21/1951

**Product Subcategories**

| Jurisdiction | HCPCS | Type | Length | Initial Date | Revised / Recert Date | Supplier Name | Status | HCPCS Description |
|---|---|---|---|---|---|---|---|---|

Loading CMN data...

# Same/Similar - Claim History Summary                    JB JC

**NPI**

1356372809
**Date Of Service**

03/26/2024
**PTAN**

4475730001
**Search by**

HCPCS - Single
**Medicare ID**

4QK1EK3CQ00
**HCPCS**

L1686
**Beneficiary Name**

███████████

**Product Category**

**Date of Birth**

███████████

**Product Subcategories**

| Jurisdiction | From Date | To Date | HCPCS | Units | Diagnosis Codes | Supplier Name | Phone Number | Status | Ordering/Referring Physician NPI |
|---|---|---|---|---|---|---|---|---|---|
| JB | 09/25/2023 | 09/25/2023 | L1686RT | 1.0 | M1611 | KINEX MEDICAL COMPANY, L L | (800)845-6364 | Allowed | 1518020429 |

# Same/Similar - CMN Summary                    JB JC

**NPI**

1356372809
**Date Of Service**

03/26/2024
**PTAN**

4475730001
**Search by**

HCPCS - Single
**Medicare ID**

4QK1EK3CQ00
**HCPCS**

L1686
**Beneficiary Name**

**Product Category**

**Date of Birth**

**Product Subcategories**

| Jurisdiction | HCPCS | Type | Length | Initial Date | Revised / Recert Date | Supplier Name | Status | HCPCS Description |
|---|---|---|---|---|---|---|---|---|

CMN data not found.

# EXHIBIT 10

# Your medical and hospital claims processed in October 2023

**Provider:** KINEX MEDICAL COMPANY LLC
Network Provider
**Claim #:** 025807593
**Group:** 70000

| | Provider billed plan | Total cost (allowed amount) | Plan paid | Your share |
|---|---|---|---|---|
| September 13, 2023 | | | | |
| FLUID CIRCULATING COLD PAD WITH PUMP ANY TYPE | $154.43 | $0.00 | $0.00 | $0.00 |
| Billing code E0218-RR,KH,GZ | | | | |

* **Denied** – look below for information about your appeal rights.
* THE SERVICES RECEIVED ARE NOT COVERED BY MEDICARE. THEREFORE, THESE SERVICES ARE DENIED. PLEASE REFER TO YOUR EVIDENCE OF COVERAGE.

| | Provider billed plan | Total cost (allowed amount) | Plan paid | Your share |
|---|---|---|---|---|
| September 13, 2023 | | | | |
| SEWHO ABDUCT PSTN AIRPLANE DESN PREFAB W/FIT&ADJ | $1,222.59 | $425.79 | $340.63 | $85.16 |
| Billing code L3960-RT | | | | |

* You pay 20% of the total amount for services from a Network Provider.
* WE HAVE PAID THE ALLOWED AMOUNT. YOU SHOULD NOT BE BILLED FOR THE BALANCE, BUT YOU MAY NEED TO PAY A COPAYMENT, COINSURANCE, OR DEDUCTIBLE.

| Totals | $1,377.02 | $425.79 | $340.63 | $85.16 |
|---|---|---|---|---|

## ⚠ Claim denied

**You are NOT responsible for payment:** All or part of this claim was denied. However, you are not responsible to pay the billed amount. We will send you a new EOB or Notice of Denial of Payment letter if there are updates that change what you owe. If you have questions, please call us toll-free at **1-877-370-4876**, TTY/RTT **711**, 24 hours a day, 7 days a week. Additional contact information (including Medicare) is listed on page 1.

This is not a bill.

EOB ID 6486;73091-H5253-004-000
'ID Y0066_Combined_EOB_C

MID 929203776
18

# EXHIBIT 11

**Order**

**CAN'T FIND SUPPLY [100039] (Order 15897912706)**

## Patient Information

| Patient Name | Legal | DOB | Address | Phone |
|---|---|---|---|---|
| | Sex | | | 000-000-0000 (H) |
| (1154678) | Female | | | 000-000-0000 (W) |

*Preferred*

## CAN'T FIND SUPPLY

Electronically signed by: **Miller, Paul R, MD on 12/20/23 1357**    Status: **Completed**
Mode: Ordering in Cosign Required mode
Ordering user: Muehlbauer, Kaytlyn C 12/20/23 1354    Ordering provider: Miller, Paul R, MD
Authorized by: Miller, Paul R, MD    Ordering mode: Cosign Required
Frequency: 12/20/23 -    Quantity: 1
Diagnoses
Traumatic complete tear of right rotator cuff, subsequent encounter [S46.011D]
Localized osteoarthritis of right shoulder [M19.011]

## Comments

```
Kinex Medical Company Order Form



 HOME: 000-000-0000   WORK: 000-000-0000   CELL:

 Preferred Language:  English [1]
 Payor: MEDICARE / Plan: PARTA AND B / Product Type: MEDICARE

 Surgery Date: 2/6/24
 Start Date: 2/6/24
 Procedure: Right shoulder arthroscopy with acromioplasty, distal clavicle resection,
 rotator cuff repair , Right
 Shoulder
 Prescription length: 8 Weeks (Per Physician Protocol)

 Kinex item(s) Ordered:
   Shoulder Abduction Sling

 I certify that the above prescribed equipment is medically indicated and, in my
 opinion, is reasonable and necessary with reference to the excepted standards of
 medical practice and treatment of this patient's condition and is not prescribed as
 "convenience" equipment. I ask that there be no equipment substitutions for the Kinex
 devices prescribed.
 NPI # 1427088533

 Inform the patient that they do not need to receive this item now.
 They may contact their insurance carrier(s) regarding where to obtain this durable
 medical equipment or supply and receive proper authorization or contact another vendor.
```

## Result Information

Date and Time: Ordered: 12/20/2023    Provider Status:    Priority: Ordered
13:54

## Order Information

| Date and Time | Department | Ordering/Authorizing |
|---|---|---|
| 12/20/2023 1:54 PM | Aurora Orthopaedics-Germantown S Bldg | Miller, Paul R, MD |

## Order Providers

## Order Providers (continued)

Authorizing Provider
(ID:6511) Miller, Paul R, MD

Encounter Provider
(ID:6511) Miller, Paul R, MD

## Priority and Order Details

| Priority | Class |
|----------|----------|
| Routine | External |

## Associated Diagnoses

Traumatic complete tear of right rotator cuff, subsequent encounter [S46.011D] - Primary

Localized osteoarthritis of right shoulder [M19.011]

## Account Information

| Payor | Plan | Subscriber |
|-------|------|------------|
| WC-DONEGAL GROUP | WC3785 | DOMINOS |
| WC-PAYOR UNKNOWN | WCGENERIC | ML06162022DOMINOS |
| WC-AMTRUST GROUP | WC4143 | DOMINOS |
| MEDICARE | PARTA AND B | |
| BAY BRIDGE ADMINISTRATORS | PHCS PREVENTATIVE SERVICES ONLY LIMITED BENEFIT PLAN | |

## Referral (Authorized)

ID: 48258181

Created on: 12/20/2023
Referred by                                Referred to
Miller, Paul R, MD

| Priority: | Routine |
| Type: | Supplies |
| Visits Requested: | 1 |
| Decision Date: | 12/20/2023 |
| Start Date: | 12/20/2023 |
| Expiration Date: | 12/20/2024 |

Related Appointments

None

## Document List

### Order Document List

## Document List

There is no document attached to this order.

| Client / Ordering Site Information: | Physician Information: |
|---|---|
| **Account Name:** | **Ordering:** Miller, Paul R |
| **Address 1:** | **Degree:** MD |
| **Address 2:** | **NPI:** 1427088533 |
| **City, State Zip:** | **UPIN:** F31957 |
| **Phone:** | **Physician ID:** 6511 |

## Reprint Order Requisition

CAN'T FIND SUPPLY (Order #15897912706) on 12/20/23 - See Hyperspace for full Linked Orders Report

# EXHIBIT 12



## Delivery Ticket

Distributor: R&M Rehab, LLC   Territory: RM49   Setup Person: Amy W.   1058253

| Patient Demographic and Medical Information |
|---|

**Name:**

**Address(s):** Patient/Delivery/Billing

**Phone(s):**

**ICD 10 Diagnosis:** M19.011,S46.011D- Primary osteoarthritis, right shoulder, Strain of muscle(s) and tendon(s) of the rotator cuff of right shoulder, subsequent encounter

**Physician:** Miller, Paul MD

**Date of Birth:**

**Date of Surgery:** 2/8/2024

**Limb:** Right

**Rx Length:** 364 days

| Insurance Name | Insured Name | Insured DOB | Policy ID Number | Group Number | Phone Number |
|---|---|---|---|---|---|
| AMTRUST | | | 37368051 | DOI 08262023 | |
| MEDICARE | | | 2D06O26DA79 | | |
| BAY BRIDGE ADMINISTRATOR | | | E00905456 | 001797 | |

| Product Sticker | Product | Serial Number | Qty | Measure | Start Date |
|---|---|---|---|---|---|
| | DME Delivery Set Up | | 1 | Each | |
| | ARC 2.0 PILLOW KIT AE050510, Breg L9900 | | 1 | Each | |

Estimated cost is $150 if deductible has been met (estimated cost may vary when billing through a subcontractor). If my work comp or auto accident claim is denied, I will be responsible for the estimated cost.

By signing this agreement, I acknowledge that I understand my financial responsibilities and agree as follows:

I agree to use all products only in the manner for which they were intended and not to attempt to make any modifications or changes of any kind to the product. I agree that these products are to be utilized only as directed by my health care provider.

CONSENT FOR TREATMENT, PROOF OF DELIVERY, AUTHORIZATION TO RELEASE INFORMATION AND PERMIT PAYMENT OF INSURANCE BENEFITS TO HEALTH CARE PROVIDER Kinex Medical Company, LLC OR ITS BUSINESS PARTNERS. I authorize Kinex Medical Company, LLC or its business partners to deliver, administer and ship as necessary, the product and services prescribed by my health care provider, and I acknowledge that I have received the product and outlined services. I authorize Kinex Medical Company, LLC or its business partners, to submit a claim for such product to my insurer on my behalf and I assign the benefits payable by my insurer for such product to Kinex Medical Company, LLC or its business partners. I authorize my health care provider and Kinex Medical Company, LLC or its business partners, to release any of my medical information required for my insurer to process the claim. I understand Kinex Medical Company, LLC and its business partners. I understand that I am responsible for, and I agree to pay any portion of the amount due for such product not paid by my insurer, whether resulting from deductibles, co-pays, or other. I acknowledge that I understand my Notification of Information Practices, Notice of Privacy Practices, Patient Rights & Responsibilities, and the Medicare Supplier Standards can be found on the Kinex website at www.k nexmedical com under the Patient Resources tab at the top

RENTAL PURCHASE OPTION. Some durable medical equipment (DME) such as canes, crutches, or walkers can be rented or purchased, however, Kinex Medical Company, LLC products are purchase only items. I understand that if I do not wish to purchase the product(s) from Kinex Medical Company, LLC, I may request a prescription for the product directly from my health care provider and I may consult your local medical supply company to fill my order

I acknowledge that I have received the products above, received education/training, provided return demonstration, and all equipment applied to me as of today's date.

I consent to receiving automated phone calls or text messages from Kinex Medical Company, LLC or its business partners at the phone numbers listed above or at any other phone numbers provided to Kinex Medical Company, LLC or its business partners. I authorize Kinex Medical Company, LLC and its business partners to contact me at such phone numbers, including wireless telephone numbers, other numbers that may result in charges or whether the numbers were provided in the past, present, or future, via phone, text (SMS), and/or other method using an automated telephone dialing system and/or leaving prerecorded and/or artificial voice messages, for any purpose, including without limitation, for the purposes of processing my claim, my account balance and/or payment obligations. Message and data rates may apply. To opt-out at any time by replying "STOP".

MELANIE LOGAN Patient Signature (indicate relationship to patient)

☐ Collected Check   ☐ Collected Card   ☒ No Collection at Time of Setup

**Delivery Date/Time** 1-20-2

**Delivery Date/Time**

Service Rep Signature

1801 Airport Road  Suite D  Waukesha, WI 53188 - phone 800 845 6364  fax 888 845 0342  information@kinexmedical.com

1 of 1

Case 2:24-cv-01461-JPS   Filed 11/13/24   Page 29 of 103   Document 1-2

# EXHIBIT 13



# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

WC AMTRUST
89404 PO BOX

CLEVELAND OH 44101

☐☐☐ PICA | PICA ☐☐☐

| 1. MEDICARE (Medicare#) ☐ | MEDICAID (Medicaid#) ☐ | TRICARE (ID#/DoD#) ☐ | CHAMPVA (Member ID#) ☐ | GROUP HEALTH PLAN (ID#) ☐ | FECA BLK LUNG (ID#) ☐ | OTHER (ID#) ☐ | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) |
|---|---|---|---|---|---|---|---|

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)

3. PATIENT'S BIRTH DATE     SEX
   F ☒

4. INSURED'S NAME (Last Name, First Name, Middle Initial)

5. PATIENT'S ADDRESS (No., Street)

6. PATIENT RELATIONSHIP TO INSURED
Self ☒   Spouse ☐   Child ☐   Other ☐

7. INSURED'S ADDRESS (No., Street)

CITY          STATE
              WI

8. RESERVED FOR NUCC USE

CITY          STATE
              WI

ZIP CODE     TELEPHONE (Include Area Code)

ZIP CODE     TELEPHONE (Include Area Code)

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
DOI 08062023

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)
☒ YES   ☐ NO

a. INSURED'S DATE OF BIRTH       SEX
   MM   DD   YY              M ☐   F ☒

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT?
☐ YES   ☒ NO   PLACE (State)

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT?
☐ YES   ☒ NO

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
☐ YES   ☒ NO   If yes, complete items 9, 9a, and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED  _Signature on file_     DATE  07|02|2024

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED  _Signature on file_

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)
MM  DD  YY
08 | 06 | 2023   QUAL. 431

15. OTHER DATE
QUAL. 439   MM  DD  YY
08 | 06 | 2023

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
MM  DD  YY          MM  DD  YY
FROM            TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
DN | MILLER, PAUL

17a.
17b. NPI  1427088533

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
MM  DD  YY          MM  DD  YY
FROM            TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB?     $ CHARGES
☐ YES   ☐ NO     0        00

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E)     ICD Ind. 0

A. S46011D     B. M19011     C. L_____     D. L_____
E. L_____     F. L_____     G. L_____     H. L_____
I. L_____     J. L_____     K. L_____     L. L_____

22. RESUBMISSION CODE          ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 30 2024 | 01 30 2024 | 12 | | L3960 | NU RT | A B | 1222 59 | 1 | | NPI | 1942238514 |
| | | | | | | | | | | NPI | |
| | | | | | | | | | | NPI | |
| | | | | | | | | | | NPI | |
| | | | | | | | | | | NPI | |
| | | | | | | | | | | NPI | |

| 25. FEDERAL TAX I.D. NUMBER     SSN EIN | 26. PATIENT'S ACCOUNT NO. | 27. ACCEPT ASSIGNMENT? | 28. TOTAL CHARGE | 29. AMOUNT PAID | 30. Rsvd for NUCC Use |
|---|---|---|---|---|---|
| 392012203   ☒ | 481816550 | ☒ YES   ☐ NO | $ 1222  59 | $ 0   00 | |

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
KINEX MEDICAL - WI,

SIGNED            DATE  07|02|2024

32. SERVICE FACILITY LOCATION INFORMATION

33. BILLING PROVIDER INFO & PH #  ( 800 ) 8456364
KINEX MEDICAL - WI
BIN 88112
MILWAUKEE
WI 532888112

a. 1942238514     b.

a. 1942238514     b.

NUCC Instruction Manual available at: www.nucc.org     PLEASE PRINT OR TYPE     APPROVED OMB-0938-1197 FORM 1500 (02-12)

# EXHIBIT 14

**✐ mitchell**

| Carrier | |
|---|---|
| | Carrier No: |
| | Carrier: WESCO INSURANCE COMPANY |
| | 800 SUPERIOR AVENUE EAST, 21ST |
| | CLEVELAND, OH 44114 |
| | Phone No: (877)528-7878 |

**Bill:** FP1-AMWI-71417

| Provider | |
|---|---|
| | PRIORITY CARE SOLUTIONS LLC |
| | PO BOX 843997 |
| | LOS ANGELES, CA 90084-3997 |

**Claimant**

| | | | |
|---|---|---|---|
| **Tax ID:** 30-0793427 | **Type:** DQ | **Claim Number:** 3736805-1 | |
| | | **DOI/DOL:** 08-26-2023 | |
| **Rendering Provider:** KINEX MEDICAL COMPANY LLC | | **CR Date / BR Date:** 07-05-2024 / 07-05-2024 | |
| | | **External Claim Number:** 3736805-1 | |
| **Invoice No:** 481816550 | | **Social Security Number:** XXX-XX-6995 | |
| **Invoice Date:** 07-02-2024 | | **Policy Number:** WWC3608441 | |
| **Patient Account:** 481816550 | | **Employer/Insured:** BREW CITY PIZZA INC | |
| | | **Employer/Insured Address:** 11050 W BLUEMOUND RD | |
| **Paid Date:** 07-15-2024 | **Check Number:** 83843511 | MILWAUKEE, WI 53226 | |
| **Region:** 1 | | | |

| Bill Details | **Dates of Service:** 01-30-2024 | **Reviewer:** ^S/b© | |
|---|---|---|---|
| | **Post Date:** 07-11-2024 | **Client Type of Bill:** M10 | **CR Seq:** 20240705T143002_3736805_1_9339 |
| | | **Adjuster:** 2249 | |

**PPO:** Priority Care Sol 877-398-9338 **Contract ID:** 1

**Bill ICD Version:** 10
**Dx A:** S46.011D STRAIN OF MUSC/TEND THE ROTATO **Dx B:** M19.011 PRIMARY OSTEOARTHRITIS, RIGHT
R CUFF OF RIGHT SHOULDER, SUB SHOULDER

| Line | Date | POS | Rev./Proc. Code | Dx. Charges | Units Bill Rev | Description CBR | ICBR | PPO | ONR | Explanation Code(s) Copay | Allow. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 01-30-2024 | 12 | L3960-NU-RT | AB 1,222.59 | 1 | SEWHO AIRPLAN DESIG ABDU | | 108.10 | | P24, P11 | 1,114.49 |

| Totals | | | | |
|---|---|---|---|---|
| | **Total Charges:** | 1,222.59 | | |
| | **Bill Review Allowance:** | | 1,222.59 | |
| | **PPO Reductions:** | | | 108.10 |
| | **Recommended Allowance:** | | | **1,114.49** |

**Messages**

P11 ALLOWANCE WAS REDUCED AS PER CONTRACTUAL AGREEMENT.
P24 PAYMENT ADJUSTED BASED ON PREFERRED PROVIDER ORGANIZATION (PPO).

PPO Information: Priority Care Solutions, LLC PO Box 843997, Los Angeles CA 90084-3997 877-398-9338

AMTRUST NORTH AMERICA, PO BOX 89404, CLEVELAND, OH 44101, (866)-380-9811

CPT Copyright 1995-2023 American Medical Association. All rights reserved.

**DCN Number:** 20240705T143002_3736805_1_9

| | |
|---|---|
| **Claimant Name:** | ███████████ |
| **Claim Number:** | 3736805-1 |
| **Bill:** | FP1-AMWI-71417 |

| **Bill Details** | **Dates of Service:** 01-30-2024 | **Reviewer:** ^S/b© | |
|---|---|---|---|
| | **Post Date:** 07-11-2024 | **Client Type of Bill:** M10 | **CR Seq:** 20240705T143002_3736805_1_9339 |
| | | **Adjuster:** 2249 | |
| **PPO:** | Priority Care Sol 877-398-9938 | **Contract ID:** 1 | |

**Bill ICD Version:** 10

**Dx A:** S46.011D STRAIN OF MUSC/TEND THE ROTATO R CUFF OF RIGHT SHOULDER, SUB  **Dx B:** M19.011 PRIMARY OSTEOARTHRITIS, RIGHT SHOULDER

**Notes**

* UNLESS OTHERWISE NOTED, ALL REDUCTIONS ARE IN ACCORDANCE WITH THE FAIR HEALTH CERTIFIED DATABASE AS PER THE RULES AND REGULATIONS AUTHORIZED BY THE WISCONSIN COMPENSATION ACT 102.16. CODES WITHOUT VALUES IN THE CERTIFIED DATABASE ARE REIMBURSED BASED ON THE FH RV BENCHMARK DATABASES. UNDER WISCONSIN'S WORKERS' COMPENSATION LAW, WHEN A DATABASE DOES NOT CONTAIN A CERTIFIED AMOUNT FOR THE HEALTH SERVICE PROCEDURE WHICH IS THE SUBJECT OF A FEE DISPUTE, THE DEPARTMENT MAY USE OTHER INFORMATION THAT THE DEPARTMENT CONSIDERS TO BE RELIABLE AND RELEVANT TO DETERMINE THE REASONABLENESS OF THE DISPUTED FEE. THE FOLLOWING STATEMENTS APPLY IF WE PAID AN AMOUNT FOR ANY OF THE PROCEDURES ABOVE THAT IS LESS THAN THE AMOUNT YOU CHARGED: 1. THE AMOUNT CHARGED IS BEYOND THE FORMULA AMOUNT. 2. IF YOU BELIEVE THAT YOU ARE ENTITLED TO REIMBURSEMENT AT AN AMOUNT GREATER THAN THE FORMULA AMOUNT, YOU MAY PROVIDE US WITH A WRITTEN JUSTIFICATION FOR THE HIGHER FEE THAT EXPLAINS WHY THE SERVICE YOU PROVIDED WAS MORE DIFFICULT OR MORE COMPLICATED THAN THE USUAL CASE. IF THERE ARE UNUSUAL CIRCUMSTANCES REFLECTED IN YOUR CHARGES, WISCONSIN ADMINISTRATIVE CODE, IND.80.72 (3)7, REQUIRED YOU TO SEND A WRITTEN EXPLANATION TO US AT LEAST 20 DAYS PRIOR TO SUBMITTING THE DISPUTE TO THE DEPARTMENT. WE WILL RESPOND WITHIN 15 DAYS OF RECEIVING THE ADDITIONAL INFORMATION. PURSUANT TO SECTION 102.16 (2) (B) OF THE WORKERS; COMPENSATION ACT OF WISCONSIN, COLLECTING OR BRINGING AN ACTION TO COLLECT THE DISPUTED FEE FROM THE EMPLOYEE WHO RECEIVED THE SERVICES IS PROHIBITED.

**File:** EBRV375PPO0

AMTRUST NORTH AMERICA, PO BOX 89404, CLEVELAND, OH 44101, (866)-380-9811

CPT Copyright 1995-2023 American Medical Association. All rights reserved.

**DCN Number:** 20240705T143002_3736805_1_9 33906515 3

# EXHIBIT 15

# Order

Generic DME Order Form (Order 518999517)

## Service Location

| Name | Address | Phone | Fax |
|---|---|---|---|
| Sports Medicine Center | 8700 W Watertown Plank Rd Milwaukee WI 53226 | 414-805-7100 | 414-805-7171 |

## Patient Information

| Patient Name | Legal Sex | DOB |
|---|---|---|
| ███████ (09531761) | Female | ███████ |

Unit
OSMWAC

## Case Request

None

## Order Questions

| Question | Answer |
|---|---|
| Start Date | 5/23/2024 |
| DME Order: | CPM and sling |
| Indication? | RIGHT SHOULDER ROTATOR CUFF REPAIR, EXTENSIVE SUBACROMIAL DECOMPRESSION, DISTAL CLAVICLE EXCISION, BICEPS TENOTOMY, GLENOHUMERAL DEBRIDEMENT |
| DME Order and any associated documentation provided to: | DME Supply Company |
| Duration | Lifetime |

## Comments

Joints in Motion DME Order

Patient: ████████████
Date of Birth: ██████████
Address: █████████████
████████████████

Surgery Date: 8/17/24  *New surgery date 9/11/24*
Diagnosis: right shoulder RTC tear
Prescribing Physician: Dr. Demetrios Douros

Equipment Prescribed: Ultra Sling, CPM, Ice Machine
Start Date: 5/23/2024
Length of Prescription: lifetime
Reason for Equipment: reduce pain and swelling, provide stability, protect surgical
repair, DVT risk reduction
NPI: 1447451265

I certify that the above prescribed equipment is medically indicated and in my
opinion, is reasonable and necessary with reference to the accepted standards of
medical practice and treatment of this patient's condition.

## Order Information

██████ (MR # 09531761) Printed at 7/23/2024 9:47 AM

7/23/24, 9:47 AM                    Sports Medicine Center 8700 W Watertown Plank Rd, Milwaukee WI 53226 Encounter Date: 5/23/2024

Date and Time                                          Department                  Ordering/Autho ...
5/23/2024 11:21 AM                                     Sports Medicine Center      Douros, Demetrios J, MD

Order                                                  Order Source
DME GENERIC ORDER                                      OP Visit Taskbar

## Encounter# (CSN)
197681448

## Priority and Order Details
Priority          Class
Routine           Print

## Start Date/Time
Start Date
05/23/24

## IP Order Detail
Frequency                                              Duration
None                                                   None

## Quantity
Ordering Quantity
1

## Order Providers
Authorizing Provider                                   Encounter Provider
Douros, Demetrios J, MD                                Douros, Demetrios J, MD

## Order Info

| Action | Created on | Order Mode | Entered by | Comment | Responsible Provider | Signed by | Signed on |
|--------|-----------|------------|------------|---------|---------------------|-----------|-----------|
| Ordering | 05/23/24 1121 | Verbal with readback | Hamme, Marian, RN | | Douros, Demetrios J, MD | Douros, Demetrios J, MD | 05/23/24 1253 |

## Associated Diagnoses

|  | ICD-9-CM | ICD-10-CM |
|--|----------|-----------|
| Nontraumatic incomplete tear of right rotator cuff | 726.13 | M75.111 |
| Biceps tendon tear | 840.8 | S46.219A |

## Collection Information

## Comments
Joints in Motion DME Order



Patient: ███████████
Date of Birth: ███████████
Address: ███████████
███████████

Surgery Date: 8/14/24
Diagnosis: right shoulder RTC tear
Prescribing Physician: Dr. Demetrios Douros

███████ [MR # 09531761) Printed at 7/23/2024 9:47 AM                                                                2/3

7/23/24, 9:47 AM                 Sports Medicine Center 8700 W Watertown Plank Rd, Milwaukee WI 53226 Encounter Date: 5/23/2024

```
Equipment Prescribed: Ultra Sling, CPM, Ice Machine
Start Date: 5/23/2024
Length of Prescription: lifetime
Reason for Equipment: reduce pain and swelling, provide stability, protect surgical
repair, DVT risk reduction
NPI: 1447451265
```

```
I certify that the above prescribed equipment is medically indicated and in my
opinion, is reasonable and necessary with reference to the accepted standards of
medical practice and treatment of this patient's condition.
```

## ꙮ Encounter
View Encounter

## Detailed Information
Priority and Order Details

## Order Requisition
Generic DME Order Form (Order #518999517) on 5/23/24

Case 2:24-cv-01461-JPS    Filed 11/13/24    Page 38 of 103    Document 1-2

# EXHIBIT 16





Printed on Wed Sep 11 2024 03:38:49 GM l-0500 (CD l )

# Standard Written Order

Territory: RM49

**PATIENT INFORMATION:** (Provide all info & Demographic Page including Insurance info)

| | | |
|---|---|---|
| Patient Name: ▮ | Date of Birth: ▮ | **Order Date:** 5/23/2024 |
| Type of Surgery: | **Date of Surgery:** 9/11/2024 | **Order Id:** 1101243 |
| **Start Date of Equipment:** | Laterality: Right | Original Signature Required |

**MUST COMPLETE EACH SECTION (1 THROUGH 4) TO PRESCRIBE**

## 1. DIAGNOSIS CODES

ICD-10 Code(s): M75.111,S46.219A

Anatomical Site: Shoulder

## 2. PRESCRIBED LENGTH OF NEED

Days: 42

## 3. PRODUCTS PRESCRIBED

✓ Shoulder CPM E0936; Quantity: 1
✓ IceMan Shoulder Cold Pad 11-13xx-9-00000, DJO A9270; Quantity: 1
✓ DonJoy IceMan Classic3 11-0494, DJO E0218; Quantity: 1
✓ DME Delivery Set Up; Quantity: 1
✓ Shoulder CPM Pad Kit; Quantity: 1
✓ Kahuna Shoulder Brace KB001, ManaMed L3960; Quantity: 1
✓ Kahuna Pillow KB001-P, Manamed A9900; Quantity: 1
✓ Other:

I certify that the above prescribed equipment is medically indicated and, in my opinion, is reasonable and necessary with reference to the accepted standards of medical practice and treatment of this patient's condition and is not prescribed as 'convenience' equipment. I ask that there be no equipment substitutions for the Kinex devices prescribed. The physician notes, product lists, and other supporting documentation will be provided to the Supplier or its Authorized Distributor upon request.

Physician Name: DEMETRIOS DOUROS
Phone Number: 8700 W watertown       NPI #: 1447451265
Street Address: Picyk Rd                Fax Number:
City: Milwaukee            State: WI       Zip: 53226

9/12/24

Physician Signature                                 Date/Time

^Medicare does not accept stamped/photocopied signatures

Please make sure the above information is documented in your patient's medical record.
**PLEASE RETURN COMPLETED FORM TO**
Kinex Medical Company, LLC • 1801 Airport Road Suite D Waukesha, WI 53188
Phone: 800-845-6364 Fax: 888-686-1472

Rev Date 5.12.2020

# EXHIBIT 17



Lauren PA Douros

In this case, they sent an SWO for Dr Douros to sign that includes a Kahuna L3960 sling (the metal strut positioning sling) and a pillow kit. The L3960 bills out $1225.
Did the patient bring an abduction pillow sling to surgery?

The one from yesterday? Yes, she had a pillow

I just saw it, so what was the brace code they were supposed to provide?

She gave a standard shoulder sling with the abduction pillow

An abduction pillow sling is L3670.

I had an order for this patient and called numerous times. She finally answered and said she had already been set up with the equipment. I let Marian know on Tuesday. I'm not sure why they got an order but she was T19.



Lauren PA Douros

The L3960 brace reimburses considerably more than a pillow sling. It is totally appropriate to order it if he wants controlled positioning in the acute post op phase. Then the strut could be taken off and stepped down to just a sling when appropriate. I could provide this if that's something he would want to use. I am also willing to discuss lower rental prices if needed but I do need to cover our costs.

But I would never provide something you aren't ordering and bill for something we are not instructing a patient to use as prescribed by their clinician.

Yea, we never order the strut brace

I didn't put the brace on, but Douros said it was a different one

Manamed is a ridiculous brace manufacturer. They make a sling that can also bill as a CPM. It's totally absurd.

# EXHIBIT 18



## External Requisition

**Patient Name:** ▓▓▓▓▓▓
**MRN:** 09190681  **E MRN:** E1570502
**DOB** ▓▓▓▓▓▓ **Age:** 52 Y  **Sex:** Female
**Phone** ▓▓▓▓▓▓

**PCP:** David E Pryba, MD
11211 W LINCOLN AVE
WEST ALLIS WI 53227

**CSN:** 163251475
**Encounter Department/Provider**
**Orthopaedic Clinic, Center for Advanc**▓▓ **l Care**
Steven I Grindel, MD
8900 W. Doyne Ave.
Milwaukee WI 53226
Phone: 414-805-7400

**Order Date:** Dec 5, 2022 4:51 PM
**Order: DME Order Form**
**Diagnosis:** Anterior dislocation of right shoulder,
initial encounter (S43.014A)

**Order ID:** 427187307
**CPT: SPDME**
**Dispense:** 1

**Priority:** Routine
**Class:** Print

**Order Comments:** KINEX - STANDARD WRITTEN ORDER
Patient name ▓▓▓▓▓▓
Date of Birth: ▓▓▓▓▓▓
Order Date: 12/05/22
Date of Surgery: 03/17/2023
Start Date of Equipment: DOS
Type of Surgery: RIGHT Shoulder Arthroscopic Versus Open Debridement, Loose Body Removal, Possible Labral
Repair, Possible Capsular Tightening, Poss Biceps Tenodesis

DIAGNOSIS CODES ICD-10 Code(s): Shoulder pain (M25.519)

PRESCRIBED LENGTH OF NEED: 12 weeks

PRODUCTS PRESCRIBED:
Kinex ThermoComp for Shoulder: Cold-Contrast Compression + full arm pneumatic appliance + cold heat pad
Cold Device Purchase E0218 (gravity or motorized)
Shoulder Abduction Sling L3960

I certify that the above prescribed equipment is medically indicated and, in my opinion, is reasonable and necess
with reference to the accepted standards of medical practice and treatment of this patient's condition and is not
prescribed as "convenience" equipment. I ask that there be no equipment substitutions for the Kinex devices
prescribed. The physician notes, product lists and other supporting documentation will be provided to the Suppl
its Authorized Distributor upon request. PLEASE RETURN COMPLETED FORM TO FAX # 888-68▓ 472

Electronically Signed/Authorized by: Grindel, Steven I, MD
Authorizing Provider NPI: 1053362582
Electronically Ordered by: Recob, Laura, RN

**Patient Name** ▓▓▓▓▓▓
**Sex:** Female **DOB** ▓▓▓▓▓▓

**MRN:** 09190681

# EXHIBIT 19

KINEX MEDICAL COMPANY LLC
BIN 88112

MILWAUKEE WI 53288-8112

ANY QUESTIONS PLEASE CALL: (800)845-6364

SEND TO:

PLEASE CHECK THE BOX IF YOUR ADDRESS IS
INCORRECT OR INSURANCE INFO HAS CHANGED

| IF PAYING BY MASTERCARD, DISCOVER, VISA OR AMERICAN EXPRESS, FILL OUT BELOW. | | | |
|---|---|---|---|
| ☐ VISA | ☐ MASTERCARD | ☐ DISCOVER | ☐ AMER EXP |
| CARD NUMBER | | SIGNATURE CODE | |
| SIGNATURE | | EXP DATE | |

| STATEMENT DATE | PAY THIS AMOUNT | ACCT. # |
|---|---|---|
| 12/14/23 | 0.00 | 996705 |

SHOW AMOUNT $
PAID HERE

KINEX MEDICAL COMPANY LLC
BIN 88112

MILWAUKEE WI 53288-8112

## STATEMENT

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT

| PATIENT NAME | | | PATIENT ACCT NUMBER | | 996705 | | BALANCE DUE | | 0.00 |
|---|---|---|---|---|---|---|---|---|---|
| DATE | CODE | DESCRIPTION OF SERVICE | CHARGE | ADJUSTMENT | INS PYMT | PAT RESP | PAT PYMT | | BALANCE |
| 04/06/23 | | KINEX MEDICAL - WI | 1859.29 | 1197.78 | 0.00 | 661.51 | 661.51 | | 0.00 |
| | | COMMERCIAL | | | | | | | |
| 04/06/23 | E0218 | WATER CIRC COLD PAD W PUMP | 463.30 | 306.96 | 0.00 | | | | |
| | | DEDUCTIBLE | | | | 156.34 | | | |
| 04/06/23 | L3960 | SEWHO AIRPLAN DESIG ABDU POS | 1222.59 | 747.42 | 0.00 | | | | |
| | | DEDUCTIBLE | | | | 505.17 | | | |
| 04/06/23 | A9901 | DELIVERY/SET UP/DISPENSING | 173.40 | 173.40 | 0.00 | | | | |
| 09/07/23 | | PATIENT PAYMENT | | | | | 661.51 | | |
| | | | | | 0.00 | | 661.51 | | 0.00 |

| | CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | TOTAL ACCOUNT BALANCE |
|---|---|---|---|---|---|---|
| INSURANCE | | | | | | |
| PATIENT | | | | | | 0.00 |

PLEASE PAY $  0.00
THIS AMOUNT

# EXHIBIT 20

# BREAKDOWN OF SERVICE RECEIVED

| Patient Name: ███████ | Claim Number: | 223-0000429029-00 |
|---|---|---|
| Processed Date: 05/22/23 | Provider Name: | KINEX MEDICAL WI |
| | Patient Account Number: | 429313000 |

| Date of Service | Type of Service | Amount Billed | Member Savings | Amount Allowed | Amount Not Covered | Your Plan Paid | Deductible | Copay | Coinsurance | Amount You Owe | Reason Code |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/06-04/06/23 | Medical Service Not Covered | $173.40 | $0.00 | $173.40 | $173.40 | $0.00 | $0.00 | $0.00 | $0.00 | $173.40 | 47 |
| 04/06-04/06/23 | Medical Supplies | $1,222.59 | $717.42 | $505.17 | $0.00 | $0.00 | $505.17 | $0.00 | $0.00 | $505.17 | 72 |
| 04/06-04/06/23 | Medical Supplies | $463.30 | $306.96 | $156.34 | $0.00 | $0.00 | $156.34 | $0.00 | $0.00 | $156.34 | 72 |
| Claim Total | | $1,859.29 | $1,024.38 | $834.91 | $173.40 | $0.00 | $661.51 | $0.00 | $0.00 | $834.91 | |

**Reason Code Description**

47  Service not covered under plan, please refer to plan document for benefit information.

72  Provider: NSA, do not balance bill the member. Contact Zelis at NSA@Zelis.com or 888-286-3053 with 30 days

**Glossary**

| | |
|---|---|
| Amount Allowed | The maximum amount your plan will allow for this health service. |
| Amount Billed | The total amount your provider billed for their services. |
| Amount Not Covered | The portion of your bill that is not covered by your plan. |
| Amount You Owe | The amount you're responsible for paying to your healthcare provider for their services. This takes into account any copay or coinsurance already paid |
| Coinsurance | A percentage of the amount allowed not paid by the health plan for which you're responsible. |
| Copay | A fixed dollar amount that you need to pay for a healthcare service or visit. |
| Deductible | The portion that you must pay before the plan pays for your healthcare expenses. |
| Member Savings | The amount you save by visiting an in-network provider or facility. |
| Other Ins. Paid | The amount your other insurance paid your provider for their service, if applicable. |
| Processed Date | The date the claim was reviewed for payment. |
| Reason Code | The reasoning behind any cost adjustments. |
| Your Plan Paid | The amount your employer paid your provider for their service. |

## SUMMARY OF OUT-OF-POCKET COSTS

| | Annual Amount | (-) Applied to Date | (=) Remaining Balance |
|---|---|---|---|
| In-Network/Guided - Individual Out-of-Pocket Max | $3,250.00 | $3,234.48 | $15.52 |
| In-Network/Guided - Family Deductible | $4,500.00 | $4,500.00 | $0.00 |
| In-Network/Guided - Family Out-of-Pocket Max | $9,750.00 | $6,609.48 | $3,140.52 |
| Out-of-Network/Unguided - Family Deductible | $12,000.00 | $661.51 | $11,338.49 |

The summary amounts shown here were updated on the date the above claim was processed.

**How to appeal a claim:** If your claim has been denied in whole or in part, you may appeal the decision. Appeals can be filed by you or someone that you authorize to represent you and must be filed in writing within 180 days of receiving this document, and include your name, address, and the reason you disagree with our decision. You should include any documentation, comments, or information you believe supports your appeal. Upon your request Centivo will provide you, free of charge, access to and copies of all documents, records, and other information relevant to our handling of your claim, including any internal rule used in making our decision. A decision on your appeal will be communicated to you in writing within 30 days of receipt. If your appeal is denied, you will have 60 days to submit a second level appeal, if permitted by your plan. You may also have the right to file an external appeal. Refer to your Summary Plan Description for additional information. If you do not agree with our final decision, you may have a right to seek resolution via civil action under Section 502(a) of the Employee Retirement Income Security Act of 1974. Appeals should be mailed to: Centivo Appeals, 77 Goodell Street, Suite 510, Buffalo, NY 14203.

# EXHIBIT 21




# Patient Agreement and Order Form

Distributor: R&M Rehab, LLC Territory RM6 Setup Person: Hayley Werner   250181

## Patient Demographic Information

| | |
|---|---|
| **First Name:** ▮▮▮ | **Phone(s):** Voice ▮▮▮ |
| **Last Name:** ▮▮▮ | **SS#:** ▮▮▮ |
| Patient ID: 456161 | Date of Birth: |
| Address(s): Patient/Delivery/Billing ▮▮▮ | Gender: |

## Medical Detail

| | |
|---|---|
| Limb: Left | Date of Injury: |
| **Diagnosis Code:** 719.61 - Other symptoms referable to joint, shoulder region | Date of Surgery: 1/15/2015 |
| Physician: RICCI, ANTHONY MD | Prescription Length: 42 days |

## Insurance Information

| Insurance Name | Insured Name | Policy ID Number | Group Number | Phone Number | Medicare |
|---|---|---|---|---|---|
| Molina T/9 | | | | | |

## Order Items

| Product Type & Item Number | Serial Number | Qty | Kinex List Price | Measure | Start Date |
|---|---|---|---|---|---|
| Shoulder CPM | | 1 | $112.50 | Daily | |
| ThermoComp | | 1 | $0.00 | Monthly | |
| Cold-Contrast Therapy | | 1 | $380.00 | MO | |
| Cold-Heat Pad CHP | | 1 | $128.00 | EA | |
| FA Seg Pad 0P9BSHKNKX | | 1 | $401.00 | EA | |
| IPC Therapy | | 1 | $696.00 | MO | |
| Shoulder CPM Pad Kit | | 1 | $107.00 | EA | |
| Stabilization Orthotic KX-SR | | 1 | $107.00 | EA | |

## Service Fees

| Part | Price |
|---|---|
| Service Fee | |
| | $150.00 |

Legal Statement: I acknowledge that I have received and been instructed on the proper use and care of the equipment and/or product(s) listed above. I certify that the information given to Kinex Medical Company, LLC (Kinex) in applying for equipment/product purchase/rental is correct. I agree to be responsible for proper care and safekeeping of the equipment while it is in my possession and shall compensate Kinex for any damage to or loss of the equipment while in my possession, irrespective of the cause of such damage or loss. I understand that billing will be stopped on the day that Kinex receives a call requesting a pickup of the equipment. I acknowledge that I have read, understand, and agree to the terms and conditions as stated.

Patient Signature _____

Date _____

Relation to Patient _____

Phone Number _____

801 Airport Road · Suite D · Waukesha, WI 53188 · phone: 800-845-6364 · fax: 888-845-0342 · information@kinexmedical.com

1 of 1



## DME Instruction Delivery

☐ Issued Patient Information Booklet that includes the following:

- Your local Kinex Representative Contact Information
- Kinex Contact Information
- Signed Agreements
- Warranty Information
- Patient Satisfaction Survey
- Cleaning, Maintenance & Infection Control
- Patients Rights & Responsibilities
- Medicare Supplier Standards
- Notice of Privacy Practices (HIPAA)
- Complaints
- Notification of Information Practices
- Medicare Capped Rental and Inexpensive or Routinely Purchased Items Notification

☐ Instructions on equipment given to patient or caregiver including:

- Testing outlets are grounded
- No safety hazards identified
- How to extract limb from equipment should power outage occur
- Equipment setup on safe surface

☐ Issued applicable devices in clean and working order which include: cords, plates, knobss, screws/bolts, controls, wheels, brakes, accessories, and attachments.

| Product Type | Part | Serial Number | Clean/Inspection Date |
|---|---|---|---|
| Shoulder CPM | Shoulder CPM | | |
| ThermoComp | ThermoComp | | |

## Lot Numbers

Place sticker or write in lot number for products prescribed

Post-Op Orthosis                                Electrodes

DVT Pads                                             Cold/Compression Pad

Other                                                   Other

**I have read, received, been instructed in detail, and performed a return demonstration of the items checked above.**

Patient Signature _____

                                                                              Date

# EXHIBIT 22



KINEX

# Delivery Ticket

Distributor: R&M Rehab, LLC Territory: RM50 Setup Person: Carrie Jacobsen   987429

## Patient Demographic and Medical Information

| Name: | | Physician: NICHOLAS WEBBER, MD |
|---|---|---|
| Address(s): | Patient/Delivery/Billing | |
| Phone(s): | | Date of Birth: |
| | | Date of Surgery: |
| ICD 10 Diagnosis: | M17.12,R26.9,R68.89- Unilateral primary osteoarthritis, left knee, Unspecified abnormalities of gait and mobility, Other general symptoms and signs | Limb: Left |
| | | Rx Length: 56 days |

| Insurance Name | Insured Name | Insured DOB | Policy ID Number | Group Number | Phone Number |
|---|---|---|---|---|---|
| UHC Medicare | | | 952856391 | 13887 | |

| Product Sticker | Product | Serial Number | Qty | Measure | Start Date |
|---|---|---|---|---|---|
| | Customer Tablet | | 1 | Each | |
| | Kinex Knee CPM | | 1 | Daily | |
| | IceMan Universal Wrap-On Cold Pad 11-06xx-9-00000. DJO A9270 | | 1 | Each | |
| | DonJoy IceMan Classic3 11-0494, DJO E0218 | | 1 | Each | |
| | VenaGo 31M, DJO E0676 | | 1 | Each | |
| | Knee CPM Pad Kit | | 1 | Each | |
| | DME Delivery Set Up | | 1 | Each | |
| | DONJOY WRAP, KNEE ROM BRACE 11-074x, DJO L1833 | | 1 | Each | |

**Estimated cost is $200 if deductible has been met (estimated cost may vary when billing through a subcontractor). If my work comp or auto accident claim is denied, I will be responsible for the estimated cost.**

By signing this agreement, I acknowledge that I understand my financial responsibilities and agree as follows:

I agree to use all products only in the manner for which they were intended and not to attempt to make any modifications or changes of any kind to the product. I agree that these products are to be utilized only as directed by my health care provider.

CONSENT FOR TREATMENT, PROOF OF DELIVERY, AUTHORIZATION TO RELEASE INFORMATION AND PERMIT PAYMENT OF INSURANCE BENEFITS TO HEATLH CARE PROVIDER Kinex Medical Company, LLC OR ITS BUSINESS PARTNERS. I authorize Kinex Medical Company, LLC or it's business partners to deliver, administer and ship as necessary, the product and services prescribed by my health care provider, and I acknowledge that I have received the product and outlined services. I authorize Kinex Medical Company, LLC or its business partners, to submit a claim for such product to my insurer on my behalf, and I assign the benefits payable by my insurer for such product to Kinex Medical Company, LLC or its business partners. I authorize my health care provider and Kinex Medical Company, LLC or its business partners, to release any of my medical information required for my insurer to process the claim. I understand Kinex Medical Company, LLC and its business partners bill through the usual and customary prices, which are billed uniformly regardless of individual insurance. I understand that I am responsible for, and I agree to pay, any portion of the amount due for such product not paid by my insurer, whether resulting from deductibles, co-pays, or other. I acknowledge that I understand my Notification of Information Practices, Notice of Privacy Practices, Patient Rights & Responsibilities, and the Medicare Supplier Standards can be found on the Kinex website at www.kinexmedical.com under the Patient Resources tab at the top.

RENTAL/PURCHASE OPTION: Some durable medical equipment (DME), such as canes, crutches, or walkers can be rented or purchased. However, Kinex Medical Company, LLC products are purchase only items. I understand that if I do not wish to purchase the product(s) from Kinex Medical Company, LLC , I may request a prescription for the product directly from my health care provider and I may consult your local medical supply company to fill my order.

I acknowledge that I have received the products above, received education/training, provided return demonstration, and all equipment applied to me as of today's date.

I consent to receiving automated phone calls or text messages from Kinex Medical Company, LLC or its business partners at the phone numbers listed above or at any other phone numbers provided to Kinex Medical Company, LLC or its business partners. I authorize Kinex Medical Company, LLC and its business partners to contact me at each phone number, including wireless telephone numbers, other numbers that may result in charges or whether the numbers were provided in the past, present, or future, via phone, text (SMS), and/or other method using an automated telephone dialing system and/or leaving prerecorded and/or artificial voice messages, for any purpose, including without limitation, for the purposes of processing my claim, my account balance and/or payment obligations. Message and data rates may apply. To opt-out at any time by replying "STOP".

| | Delivery Date/Time |
|---|---|
| Patient Signature (indicate relationship to patient) | |
| ☐ Collected Check ☐ Collected Card ☐ No Collection at Time of Setup | |
| Service Rep Signature | Delivery Date/Time |

1801 Airport Road - Suite D - Waukesha, WI 53188 - phone: 800-845-6364 - fax: 888-845-3342 - information@kinexmedical.com

1 of 1

Case 2:24-cv-01461-JPS   Filed 11/13/24   Page 54 of 103   Document 1-2



KINEX

Dear Patient,

We provide 24-hour on-call service to all of our patients. If you require assistance with any equipment we delivered to you; please call 800-845-6364 24 hours a day. After 6 pm CST, or all hours on Saturday and Sunday, you are routed to a live agent who will contact a local service representative who can assist with your concern. Do not select to leave a message if you have an immediate service need, or your call will be returned the next business day.

PRODUCTS:

- [✓] CPM
- [ ] ThermoComp
- [✓] Cold Therapy
- [✓] DVT
- [ ] Bracing Product
- [ ] Ambulatory Aid
- [ ] Other: _____

## COMPLETION OF EQUIPMENT

When your physician has instructed you to discontinue the use of your rental machine, please call Kinex Medical Company at 800-845-6364, 24 hours a day. At this time, if necessary, we will coordinate a machine pick-up time.

## BILLING QUESTIONS

If you have questions related to the billing of the equipment dispensed by our representatives, please call Kinex Medical Company at 800-845-6364 between the hours of 8 am and 5 pm CST. Kinex is required to bill your insurance company at list prices. You will **NOT** be billed at these rates. We will allow the contracted rate provided by each insurance company. The maximum amount you will be responsible for is listed on the delivery ticket provided by your service representative.

1801 Airport Road, Suite D
Waukesha, WI 53188

www.kinexmedical.com

PH: 800-845-6364
FAX: 262-549-3342

ML 0328C

# EXHIBIT 23

05/01/2024 UNIFY2 UNIFY2

EMAILED BENEFITS TO REP: JESSE

DOS: NA

AS PER UHC MX ADV REP L1833 PREVIOUSLY BILLED ON 08/08/2023 BY KINEX MEDICAL COMPANY AND SHE DID NOT
VERIFIED FOR WHICH IT HAS BEEN BILLED FOR.
THEY FOLLOW MEDICARE GUIDELINES, WE CAN NOT BILL L1833 FOR SAME SIDE AS RUL IS 2 YEARS.
REF#MICHELLE S 64819715

# EXHIBIT 24

| 0501 | 2:56 PM | BENEFIT NOTES | ROUTINE | INSURANCE VERIFICATION | 05/01/2024 UNIFY2 UNIFY2<br><br>EMAILED BENEFITS TO REP: JESSE<br><br>DOS: NA<br><br>AS PER HUMANA MX REP L1833 PREVIOUSLY BILLED ON 09/28/2022 AND SHE REFUSED TO PROVIDE PROVIDER INFORMATION AND FOR WHICH IT HAS BEEN BILLED FOR.<br>THEY FOLLOW MEDICARE GUIDELINES, WE CAN NOT BILL L1833 FOR SAME SIDE AS RUL IS 2 YEARS.<br>REF#2000383799527/KAT B |
| --- | --- | --- | --- | --- | --- |

# EXHIBIT 25

**Patient Name:** ▮

**Date of Birth:** 9/▮/▮

**Address:** ▮

**Phone Number:** ▮

## PRODUCTS RECEIVED:

☒ 1 - Kinex CPM Device w/ softgood kit

CPM SN: _KCK - 0560_

Tablet SN: _15R-2-531538265045_

☐ 1 – ThermoComp

Serial Number: _____

☐ IPC Therapy

☑ Cold Therapy  _Purchase_

☐ 1 - Segmental Full Arm Pad

☐ 1 - Segmental Half Leg Pad

☐ 1 - Cold-Contrast Therapy Purchase

☐ 1 - Cold-Heat Pad

☐ 1 - Stabilization Orthotic

☐ 1 - IPC – DVT Prophylaxis (rental)

☐ 1 - IPC – DVT Prophylaxis (purchase)

☐ DVT Calf Pads (pair)

☐ DVT Foot Pads (pair)

☐ 1 - TENS Unit

☐ Stim Supply Kit (leadwire pair, electrode pair)

☐ 1 - Knee Post Op Brace

☐ 1 - Shoulder Abduction Sling

☒ 1 – Knee ROM Wrap Brace 11-074x DJO L1833 OTS

☐ 1 – Telescoping TROM Advance 11-911x-9, DJO L1833 OTS

☐ 1 – UltraSling III 11-0449-x, DJO L3670 OTS

☐ Other _____

### CARE PLAN:

5/24/21  RM

7/27/21  some

DC wrapping  (RM)

Place Bar Code Label #1 Here
Or Manufacture Model Size Information

Place Bar Code Label #2 Here
Or Manufacture Model Size Information

---

### PRIMARY INSURANCE INFORMATION

**Insurance Co. Name** Medicare

**Guarantor's Name** ▮

**Guarantor's Date of Birth** ▮

**Policy #** 1.16-712-2044

**Group #**

**Phone**

### PRIMARY INSURANCE INFORMATION

**Insurance Co. Name** Cigna

**Guarantor's Name** ▮

**Guarantor's Date of Birth**

**Policy #** USF027528

**Group #**

**Phone**

---

ESTIMATED COST IS $ _700_ IF DEDUCTIBLE HAS BEEN MET (estimated cost may vary when billing through a subcontractor). If my work comp or auto accident claim is denied, I will be responsible for the estimated cost.

_____ MY INITIALS INDICATE I UNDERSTAND MY FINANCIAL RESPONSIBILITIES

I permit a copy of this authorization to be as valid as the original. I agree to use all products only in the manner for which they were intended and not attempt to make any modifications or changes of any kind of description in the product. These products are prescription only. These products are to be utilized only as directed by my Health Care Provider. I agree that Kinex Medical Company, LLC is not responsible for defects in, or damages caused by, non-Kinex Medical Company's products. I acknowledge that I have received and been instructed in the proper use and care of the product listed above. I certify that the information given to Kinex Medical Company, LLC (KINEX) in applying for product purchase is correct. I acknowledge that I have read, understand, and agree to the terms and conditions as stated. I also acknowledge that I have received and understand the information included on the form entitled "Patient Information". I agree to consent for treatment, proof of delivery, authorization to release information and permit payment of insurance benefits to health care provider, Kinex Medical Company, LLC or its business partners.

I agree to pay all amounts that are not covered by my insurer(s) including applicable co-payments and/or deductibles for which I am responsible.

My signature and date in the box below authorizes each of the following: Assignment of Medicare, Medicaid, Medicare Supplemental or other insurance benefits to Kinex Medical Company, LLC for medical supplies furnished to me by Kinex; Direct billing to Medicare, Medicaid, Medicare Supplemental or other insurer(s), Release of my medical information to Medicare, Medicaid, Medicare Supplemental or other insurers and their agents and assigns; Kinex to obtain medical or other information necessary in order to process my claim(s), including determining eligibility and seeking reimbursement for medical supplies provided. Kinex to contact me by telephone or mail regarding my medical supplies order; In the event that my insurance carrier does not pay Kinex in full or denies services as not medically necessary, non-covered or investigational, I will be responsible for all unpaid balances; Should the insurance/settlement reimburse me directly, it is my responsibility to forward the payment for services to Kinex; If litigation is instituted to collect any unpaid balance or for loss or damage to the equipment, I agree to pay all costs of collection including reasonable attorney's fees incurred by Kinex; NSF (non-sufficient funds) a charge of $40.00 will be applied to your account for any returned check.

☐ I attest to: receiving products above, receiving education/training, provide return demonstration, and equipment applied to me on today's date.

| | Date | Relationship to patient (if other than self) | Date |
|---|---|---|---|
| ▮ | ▮ | | |

**Kinex Representative Name** _De Baun_

**Date** 7/23/21

**Delivery Address:**

1801 Airport Road, Suite D, Waukesha, WI 53188 ~ Phone (800) 845-6364 Fax (888) 845-3342  www.kinexmedical.com

Case 2:24-cv-01461-JPS    Filed 11/13/24    Page 61 of 103    Document 1-2

# EXHIBIT 26



Notifier: **Kinex Medical Company, LLC**

1801 Airport Road, Suite D • Waukesha, WI 53188
Phone ~800.845.6364 • Fax~ 888.845.3342

**Patient Name:** ▉▉▉▉▉▉▉▉▉▉

## Advance Beneficiary Notice of Noncoverage (ABN)

**NOTE:** If Medicare doesn't pay for the checked services below, you may have to pay. Medicare does not pay for everything, even some care that you or your health care provider have good reason to think you need. We expect Medicare may not pay for the **checked services** below.

| Check Services Received | Services | Reason Medicare May Not Pay | Estimated Cost |
|---|---|---|---|
| ☒ | Continuous Passive Motion (CPM) & Accessory Pads | Medicare will deny if unit is not used within 48 hours of surgery, rental item is used over 21 days (including date of surgery), more than one time per knee per lifetime, your diagnosis is not a total knee replacement or revision, or the CPM is deemed not medically necessary. If CPM is denied all accessories are denied. | $115.88/day (CPM) $110.21/ea (pads) |
| ☒ | Cold Purchase | A water circulating cold pad with pump will be denied as not reasonable and necessary. | $380 one time charge |
| ☐ | Cold-Contrast Therapy | A pump for water circulating pad is considered not reasonable and necessary. | $380/month |
| ☒ | DVT Unit - Purchase | This product is for the prevention of DVT> This type of preventative device is not a Medicare covered benefit. | $803.40 Unit $341.96/pair pads |
| ☐ | DVT Unit - Rental | This product is for the prevention of DVT> This type of preventative device is not a Medicare covered benefit. | $716.88/month $341.96/pair pads |

### WHAT YOU NEED TO DO NOW:

- Read this notice, so you can make an informed decision about your care.
- Ask us any questions that you may have after you finish reading.
- Choose an option below about whether to receive the **checked services** listed above.
  **Note:** If you choose Option 1 or 2, we may help you to use any other insurance that you might have, but Medicare cannot require us to do this.

| OPTIONS: | Check only one box. We cannot choose a box for you. |
|---|---|

☒ **OPTION 1.** I want the **checked services** listed above. You may ask to be paid now, but I also want Medicare billed for an official decision on payment, which is sent to me on a Medicare Summary Notice (MSN). I understand that if Medicare doesn't pay, I am responsible for payment, but **I can appeal to Medicare** by following the directions on the MSN. If Medicare does pay, you will refund any payments I made to you, less co-pays or deductibles.

☐ **OPTION 2.** I want the **checked services** listed above, but do not bill Medicare. You may ask to be paid now as I am responsible for payment. **I cannot appeal if Medicare is not billed.**

☐ **OPTION 3.** I don't want the **checked services** listed above. I understand with this choice I am **not** responsible for payment, and **I cannot appeal to see if Medicare would pay.**

**Additional Information:** This notice gives our opinion, not an official Medicare decision. If you have other questions on this notice or Medicare billing, call **1-800-MEDICARE** (1-800-633-4227/TTY: 1-877-486-2048). Signing below means that you have received and understand this notice. You also receive a copy.

| Signature: ▉▉▉▉▉▉▉▉▉▉ | Date: |
|---|---|

**CMS does not discriminate in its programs and activities. To request this publication in an alternative format, please call: 1-800-MEDICARE or email: AltFormatRequest@cms.hhs.gov.**

According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number. The valid OMB control number for this information collection is 0938-0566. The time required to complete this information collection is estimated to average 7 minutes per response, including the time to review instructions, search existing data resources, gather the data needed, and complete and review the information collection. If you have comments concerning the accuracy of the time estimate or suggestions for improving this form, please write to: CMS, 7500 Security Boulevard, Attn: PRA Reports Clearance Officer, Baltimore, Maryland 21244-1850.

| Form CMS-R-131 (03/2020) | Form Approved OMB No. 0938-0566 |
|---|---|

# EXHIBIT 27



# *Patient Care Plan*

I was able to demonstrate understanding of the equipment and instructions provided below

██████████

Patient Signature                            Date

☑ **Continuous Passive Motion Device**

*3-4* times per day for *14* hour sessions

Initial Motion Settings: *0 ext - 55° Flexion*

End Range Goal: *0 ext - 125° Flexion*

**Increase Motion:**

☑ As Tolerated: _____

☑ Daily: *3° to 5° Flexion* _____

☐ Other: _____

☐ **Cold Therapy Device**

☐ Cold Compression Therapy (ThermoComp):

    ☐ _____ times per day for _____ minute sessions

    ☐ Other _____

☑ Cold Therapy:

    ☑ *3-4* times per day for *30* minute sessions

    ☑ Other: *As needed for pain* _____

☑ DVT Therapy:

    ☑ Simultaneously with CPM

    ☑ Other *whenever inactive as much as possible*

☐ **Orthotic/Brace:** _____

☐ **Other:** _____

Comments: *Call for Pickup* _____

# EXHIBIT 28

Ordering mode: Standard
Cosigning events
Electronically cosigned by Omar Darr, MD 09/15/18 0707 for Ordering
Frequency: 09/14/18 -
Diagnoses
Arthritis of left knee [M17.12]
Left knee pain, unspecified chronicity [M25.562]
Comments

Kinex Medical Company Order Form

████████████████████

HOME: 000-000-0000   WORK: N/A   CELL: ████████████
Surgery Date: 4/3/19
Discharge Date:
Laterality: Left
Knee - KO
Prescription length: 99 (Weeks)

Kinex item(s) Ordered:
Cold Device Purchase (gravity or motorized)

Reason Equipment is Prescribed (LETTER OF MEDICAL NECESSITY):
Other To decrease post operative swelling

I certify that the above prescribed equipment is medically indicated and, in my opinion, is reasonable and necessary with reference to the excepted standards of medical practice and treatment of this patient's condition and is not prescribed as "convenience" equipment. I ask that there be no equipment substitutions for the Kinex devices prescribed.
NPI # 1114959897

Result Information

Date and Time: Ordered: 9/14/2018 15:06          Provider Status:          Priority: Ordered

Order Information

Date and Time   Department        Ordering           Authorizing
9/14/2018 3:06 PM      Aurora Orthopedics-Good Hope Mary Jo Erchul, RN        Omar Darr, MD
Order Providers

Authorizing Provider        Encounter Provider
(ID:6525) Omar Darr, MD          (ID:6525) Omar Darr, MD
Priority and Order Details

Priority  Class
Routine External
Associated Diagnoses

Arthritis of left knee [M17.12]  - Primary

https://mail.jimmedical.com/owa/#viewmodel=ReadMessageItem&ItemID=AAMkADgwZDIIZmU3LTU0MWUtNGY5Ny1hODE2LTkwMDFiYjk3OWViOABGAAA...

# EXHIBIT 29





## Delivery Ticket

Distributor: R&M Rehab, LLC Territory: RM1 Setup Person: Brian Misslich    484799

| Patient Demographic and Medical Information | | |
|---|---|---|

**Name:** ▮▮▮▮▮▮

**Address(s):** Patient/Delivery/Billing

**Physician:** DARR, OMAR MD

**Date of Birth:** ▮▮▮▮▮

**Date of Surgery:** 4/23/2019

**Phone(s):** Voice: ▮▮▮▮▮

**Limb:** Left

**Rx Length:** 364 days

**ICD 10 Diagnosis:** M25.562-Pain in left knee

| Insurance Name | Insured Name | Insured DOB | Policy ID Number | Group Number | Phone Number |
|---|---|---|---|---|---|
| ▮▮ | ▮▮ | ▮▮ | R60671390 | 65006500 | |

| Product Sticker | Product Type & Item Number | Serial Number | Qty | Measure | Start Date |
|---|---|---|---|---|---|
| | Cold Device 11-0494, DJO E0218 | | 1 | Each | |
| | DME Delivery Set Up | | 1 | Each | |
| | DONJOY WRAP, KNEE ROM BRACE 11-074x, DJO L1833 | | 1 | Each | |

Estimated cost is <u>$150</u> if deductible has been met (estimated cost may vary when billing through a subcontractor). If my work comp or auto accident claim is denied, I will be responsible for the estimated cost. _____ my initials indicate I understand my financial responsibilities.

I agree to use all products only in the manner for which they were intended and not to attempt to make any modifications or changes of any kind to the product. These products are to be utilized only as directed by my health care provider. CONSENT FOR TREATMENT, PROOF OF DELIVERY, AUTHORIZATION TO RELEASE INFORMATION AND PERMIT PAYMENT OF INSURANCE BENEFITS TO HEATLH CARE PROVIDER Kinex Medical Company, LLC OR ITS BUSINESS PARTNERS. I authorize Kinex Medical Company, LLC or its Business Partners to deliver, administer and ship as necessary, the product and services prescribed by my health care provider, and I acknowledge that I have received the product and outlined services. I authorize Kinex Medical Company, LLC or its Business Partners, to submit a claim for such product to my insurer on my behalf, and I assign the benefits payable by my insurer for such product to Kinex Medical Company, LLC or its Business Partners. I authorize my health care provider and Kinex Medical Company, LLC or its Business Partners, to release any of my medical information required for my insurer to process the claim. Kinex Medical Company, LLC and it's Business Partners bill through the usual and customary prices and are billed uniformly regardless of individual insurance. I understand that I am responsible for, and I agree to pay, any portion of the amount due for such product not paid by my insurer, whether resulting from deductibles, co-pays, or other. I acknowledge that I have received and understand my Patient Rights and Responsibilities and the CMS supplier standards provided. I also acknowledge that I have received and understand the information included in the Patient Information Booklet provided to me. I also authorize Kinex Medical Company, LLC or its Business Partners to contact me directly to obtain additional information that may be needed to process my claim and/or past due balance on my account. Rental/Purchase Option: Some durable medical equipment (DME), such as canes, crutches, or walkers can be rented or purchase; however, Kinex Medical Company, LLC products are purchase only items. If you do not wish to purchase the product(s) from Kinex Medical Company, LLC, you may request a prescription for the product directly from your health care provider and you may consult your local medical supply company to fill your order.

☐ I attest to receiving products above, received education/training, provide return demonstration, and equipment applied to me on today's date.

_____

Patient Signature (indicate relationship to patient)                    Date/Time

☐ Collected Check  ☐ Collected Card  ☐ Collected Cash

☐ No Collection at Time of Setup              Service Rep Signature              Date/Time

# EXHIBIT 30


**BlueCross.**
**BlueShield**
Federal Employee Program.

# Explanation of Benefits
## THIS IS NOT A BILL

ANTHEM BLUE CROSS AND BLUE SHIELD
P.O. BOX 105557
ATLANTA, GA 30348-5557
FOR INQUIRIES RELATED TO THIS CLAIM
TOLL FREE (800) 242-9635



| ONLINE EXPLANATION OF BENEFITS AT A GLANCE | |
|---|---|
| We Sent Check To: | KINEX MEDICAL COMPANY |
| Patient Name: | |
| Dates of Service: | 04/26/2019 - 04/26/2019 |
| You Owe the Provider: | $136.16 |

| | |
|---|---|
| ID Number: | R60671390 |
| Claim Number: | 19137D010272HA |
| Claim Paid On: | 06/11/2019 |
| Claim Received On: | 05/17/2019 |
| Claim Processed On: | 06/10/2019 |
| Patient Acct No: | 245462845 |

Provider: KINEX MEDICAL COMPANY                     Dates of Service: 04/26/2019 - 04/26/2019
Type:    PREFERRED PROVIDER

| Type of Service | Submitted Charges | Plan Allowance | Remark Codes | Deduct | Coinsurance Or Copay | Medicare/ Other Ins. | What We Paid | You Owe the Provider |
|---|---|---|---|---|---|---|---|---|
| MEDICAL EQUIP/SUPPLY | 800.48 | 453.88 | 610 | | 136.16 | | 317.72 | 136.16 |
| MEDICAL EQUIP/SUPPLY | 406.12 | | 066 | | | | | |
| TOTALS: | 1,206.60 | 453.88 | | 0.00 | 136.16 | 0.00 | 317.72 | 136.16 |

EXPLANATION OF REMARK CODES

066--WE HAVE REQUESTED ADDITIONAL INFORMATION FROM YOUR PROVIDER OF SERVICE.
SINCE WE HAVE NOT RECEIVED THE REQUESTED INFORMATION, BENEFITS ARE NOT
AVAILABLE FOR THESE SERVICES. YOU ARE NOT RESPONSIBLE FOR THESE CHARGES.

610--THE SUBMITTED CHARGES EXCEED OUR ALLOWABLE CHARGES FOR THESE SERVICES. OUR
ALLOWABLE CHARGES ARE THE SUBMITTED CHARGES LESS ANY NON-COVERED CHARGES.
BECAUSE YOUR PROVIDER HAS A CONTRACTUAL AGREEMENT WITH YOUR PLAN, YOU ARE NOT
RESPONSIBLE FOR THE DIFFERENCE BETWEEN THE SUBMITTED CHARGES AND OUR
ALLOWABLE CHARGES.

Continued On Next Page





Claim Number: 19137D010272HA  (continued):

| Health Tips |
|---|
| Earn financial rewards to use for qualified medical expenses when you complete a health assessment and other wellness activities. Visit www.fepblue.org/bha to learn about the Wellness Incentives Program. |
| Check to see if enrolling in Medicare Part B is right for you. The Part B premium may be offset by the cost-sharing savings under your Service Benefit Plan coverage. www.fepblue.org/medicare. |

| Summary of Out-of-Pocket Expenses for 2019 | | | |
|---|---|---|---|
| | Calendar Year Deductible | Catastrophic Protection Preferred | Non-Preferred/ Preferred Total |
| What You Have Paid | | | |
| Individual | $0.00 | $1,385 | $0 |
| Family/Self+One | $0.00 | $1,480 | $0 |
| Annual Maximum | | | |
| Individual | $0.00 | $5,500 | $0 |
| Family/Self+One | $0.00 | $11,000 | $0 |

| Your Out-of-Pocket Expenses On This Claim | |
|---|---|
| Calendar Year Deductible | $0.00 |
| Per Admission Copay | $0.00 |
| Coinsurance | $136.16 |
| Copayment | $0.00 |
| Non-covered Charges | $0.00 |
| Penalty | $0.00 |
| TOTAL: | $136.16 |

If you have a question about your claim, please call your local Blue Cross and Blue Shield Plan customer service. You may request diagnosis codes, treatment codes, and corresponding meanings of the codes and any relevant materials and Plan documents relating to your claim free of charge. If you disagree with the decision on your claim or request for services, and wish to have the decision reconsidered, you must notify your Plan in writing within 6 months from the date of this decision, 12/11/2019 by writing to us at the above address with the following noted "Attention: Reconsideration". Unauthorized reconsiderations will not be accepted. See the Disputed Claims section of your Blue Cross and Blue Shield Service Benefit Plan Brochure.



**BlueCross BlueShield**
Federal Employee Program.

**Explanation of Benefits**
THIS IS NOT A BILL

**NONDISCRIMINATION NOTICE**

fepblue.org

The Blue Cross and Blue Shield Service Benefit Plan complies with applicable Federal civil rights laws and does not discriminate on the basis of race, color, national origin, age, disability, or sex. This Plan does not exclude people or treat them differently because of race, color, national origin, age, disability, or sex.

The Blue Cross and Blue Shield Service Benefit Plan:
Provides free aids and services to people with disabilities to communicate effectively with us, such as:
- Qualified sign language interpreters
- Written information in other formats (large print, audio, accessible electronic formats, other formats)
Provides free language services to people whose primary language is not English, such as:
- Qualified interpreters
- Information written in other languages

If you need these services, contact the Civil Rights Coordinator of your local Blue Cross and Blue Shield company by calling the customer service number on the back of your member ID card.

If you believe that this Plan has failed to provide these services or discriminated in another way on the basis of race, color, national origin, age, disability, or sex, you can file a grievance with the Civil Rights Coordinator of your local BCBS company. You can file a grievance in person or by mail, fax, or email. If you need help filing a grievance, your local BCBS company's Civil Rights Coordinator is available to help you.

You can also file a civil rights complaint with the U.S. Department of Health and Human Services, Office of Civil Rights, electronically through the Office for Civil Rights Complaint Portal, available at https://ocrportal.hhs.gov/ocr/portal/lobby.jsf, or by mail or phone at:
U.S. Department of Health and Human Services
200 Independence Avenue, SW
Room 509F, HHH Building
Washington, D.C. 20201
1-800-368-1019, 800-537-7697 (TDD)

Complaint forms are available at https://www.hhs.gov/ocr/office/file/index.html.

**Language Assistance**
Para obtener asistencia en español, llame al servicio de atención al cliente al número que aparece en su tarjeta de identificación.

請撥打您ID卡上的客服電話以尋求中文協助。

Gọi số dịch vụ khách hàng trên thẻ ID của quý vị để được hỗ trợ bằng Tiếng Việt.

한국어로 도움을 받고 싶으시면 ID 카드에 있는 고객 서비스 전화번호로 문의해 주십시오.

Para sa tulong sa Tagalog, tumawag sa numero ng serbisyo sa customer na nasa inyong ID card.

Обратитесь по номеру телефона обслуживания клиентов, указанному на Вашей идентификационной карточке, для помощи на русском языке.

اتصل برقم خدمة العملاء المزود على بطاقة هويتك للحصول على المساعدة باللغة العربية.

Rele nimewo sèvis kliyantèl ki nan kat ID ou pou jwenn èd nan Kreyòl Ayisyen.

Pour une assistance en français du Canada, composez le numéro de téléphone du service à la clientèle figurant sur votre carte d'identification.

Ligue para o número de telefone de atendimento ao cliente exibido no seu cartão de identificação para obter ajuda em português.

Aby uzyskać pomoc w języku polskim, należy zadzwonić do działu obsługi klienta pod numer podany na identyfikatorze.

日本語でのサポートは、IDカードに記載のカスタマーサービス番号までお電話でお問い合わせください。

Per assistenza in italiano chiamate il numero del servizio clienti riportato nella vostra scheda identificativa.

Rufen Sie den Kundendienst unter der Nummer auf Ihrer ID-Karte an, um Hilfestellung in deutscher Sprache zu erhalten.

.برای دریافت راهنمایی به زبان فارسی ، با شماره خدمات مشتری که بر روی کارت شناسایی شما درج شده است تماس بگیرید

Diné K'ehjí yá'át'í bee shíká'adoowoł nohsingo naaltsoos nihaa halne'go nidaahtinigíí bine'déé' Customer Service bibéésh bee hane'é biká'ígíí bich'į'
dahodoolnih.

# EXHIBIT 31

Awaiting signature from: **Witten, Brent G, MD**
Mode: Ordering in Cosign Required mode
Ordering user: Locksmith, Rebecca L 09/18/23 1002
Authorized by: Witten, Brent G, MD
Frequency: 09/18/23 -
Diagnoses
Primary osteoarthritis of right knee [M17.11]
Abnormality of gait and mobility [R26.9]
Activity intolerance [R68.89]

Co... ...nicated by: ...ksmith ...
Ord... ...g **provider:** V... ...n, B... ...
Ord... ...g **mode:** Co... Req... ...
Qua... ...y: 1

## Comments

```
Kinex Medical Company Order Form
```

```
Preferred Language:  English [1]
Payor:
```
...  / **Produc...** Type... ...

```
Surgery Date: 10/5/2023
Start Date: 10/5/2023
Procedure: Total knee arthroplasty, Right
Knee
Prescription length: 8 Weeks (Per Physician P... ...col)

Kinex item(s) Ordered:
COLD/COMPRESSION THERAPY
   Thermocomp System for home use and Stabiliz... ...n Ortho...
   Purchase Device & Stabilization Orthotic

I certify that the above prescribed equipment    medically  ...dicat...
opinion, is reasonable and necessary with ret...   ...ce to the  ...ccept...
medical practice and treatment of this patient...  ...condition  ...d i... no
"convenience" equipment. I ask that there be ...  ...uipment  ...stit...i
devices prescribed.
NPI #  1013270644

Inform the patient that they do not need to r...   ...ve this ... ...how...
They may contact their insurance carrier(s) r...   ...ling wh... ...o ob...i
medical equipment or supply and receive prope...  ...horiza... ...or ... t...
```

## Result Information

Date and Time: Ordered: 9/18/2023   Provider Status:   ...ority: ...de
10:02

## Order Information

| Date and Time | | | D... ...ment | ...r |
|---|---|---|---|---|
| 9/18/2023 10:02 AM | | | Au... ...Orthopedi... SLMC ...M | |
| | | | M... ... Ste 370 | |

# EXHIBIT 32




## Delivery Ticket

Distributor: R&M Rehab, LLC Territory: RMA Setup Person: Brian Misslich   558587

| Patient Demographic and Medical Information | | |
|---|---|---|

**Name:** ▬▬▬

**Address(s):** Patient/Delivery/Billing ▬▬▬

**Phone(s):** ▬▬▬

**ICD 10 Diagnosis:** M17.12-Unilateral primary osteoarthritis, left knee

**Physician:** EVANICH, CHRISTOPER MD

**Date of Birth:** ▬▬▬

**Date of Surgery:** 4/8/2019

**Limb:** Left

**Rx Length:** 42 days

| Insurance Name | Insured Name | Insured DOB | Policy ID Number | Group Number | Phone Number |
|---|---|---|---|---|---|
| ▬▬▬ | ▬▬▬ | | | | |

| Product Sticker | Product Type & Item Number | Serial Number | Qty | Measure | Start Date |
|---|---|---|---|---|---|
| | Knee CPM | | 1 | Daily | |
| | Cold Device 11-0494, DJO E0218 | | 1 | Each | |
| | Knee CPM Pad Kit | | 1 | Each | |
| | DME Delivery Set Up | | 1 | Each | |
| | DONJOY WRAP, KNEE ROM BRACE, 11-074x, DJO E1833 | | 1 | Each | |

**Estimated cost is $200 if deductible has been met (estimated cost may vary when billing through a subcontractor). If my work comp or auto accident claim is denied, I will be responsible for the estimated cost. my initials indicate I understand my financial responsibilities.**

I agree to use all products only in the manner for which they were intended and not to attempt to make any modifications or changes of any kind to the product. These products are to be utilized only as directed by my health care provider. CONSENT FOR TREATMENT, PROOF OF DELIVERY, AUTHORIZATION TO RELEASE INFORMATION AND PERMIT PAYMENT OF INSURANCE BENEFITS TO HEATLH CARE PROVIDER Kinex Medical Company, LLC OR ITS BUSINESS PARTNERS. I authorize Kinex Medical Company, LLC or its Business Partners to deliver, administer and ship as necessary, the product and services prescribed by my health care provider, and I acknowledge that I have received the product and outlined services. I authorize Kinex Medical Company, LLC or its Business Partners to submit a claim for such product to my insurer on my behalf, and I assign the benefits payable to Kinex Medical Company, LLC or its Business Partners. I authorize my health care provider and Kinex Medical Company, LLC or its Business Partners, to release any of my medical information required for my insurer to process the claim. Kinex Medical Company, LLC and it's Business Partners bill through the usual and customary prices and are billed uniformly regardless of individual insurance. I understand that I am responsible for, and I agree to pay, any portion of the amount due for such product not paid by my insurer, whether resulting from deductibles, co-pays, or other. I acknowledge that I have received and understand my Patient Rights and Responsibilities and the CMS supplier standards provided. I also acknowledge that I have received and understand the information included in the Patient Information Booklet provided to me. I also authorize Kinex Medical Company, LLC or its Business Partners to contact me directly to obtain additional information that may be needed to process my claim and or past due balance on my account. Rental/Purchase Option: Some durable medical equipment (DME), such as canes, crutches, or walkers can be rented or purchase; however, Kinex Medical Company, LLC products are purchase only items. If you do not wish to purchase the product(s) from Kinex Medical Company, LLC, you may request a prescription for the product directly from your health care provider and you may consult your local medical supply company to fill your order.

☐ I attest to receiving products above, received education/training, provide return demonstration, and equipment applied to me on today's date.

_____

Patient Signature (indicate relationship to patient)                     Date/Time

☐ Collected Check  ☐ Collected Card  ☐ Collected Cash

☐ No Collection at Time of Setup                     Service Rep Signature          Date Time

# EXHIBIT 33

|||||| (barcode) ||||||

### ery Ticket

MA Setup Person: Brian Misslich    444560

## and Medical Information

| | |
|---|---|
| **Physician:** | EVANICH, CHRISTOPER MD |
| **Date of Birth:** | 12/5/1959 |
| **Date of Surgery:** | 2/21/2018 |
| **Limb:** | Left |
| **Rx Length:** | 42 days |

ntis, left

| **Policy ID Number** | **Group Number** | **Phone Number** |
|---|---|---|
| 001984773 | 702804 | |

| Product Sticker | Product Type & Item Number | Serial Number | Qty | Measure | Start Date |
|---|---|---|---|---|---|
| | ThermoComp | | 1 | Monthly | |
| | Cold-Contrast Therapy | | 1 | Monthly | |
| | Cold-Heat Pad CHP | | 1 | Each | |
| | Knee HL Seg Pad 0P9BSHKNKX | | 1 | Each | |
| | IPC Therapy | | 1 | Monthly | |
| | DME Delivery Set Up | | 1 | Each | |
| | Post Op Brace 11-074x DJO Knee ROM Brace OTS | | 1 | Each | |

**Estimated cost is $150 if deductible has been met (estimated cost may vary when billing through a subcontractor). If my work comp or auto accident claim is denied, I will be responsible for the estimated cost. _____ my initials indicate I understand my financial responsibilities.**

I agree to use all products only in the manner for which they were intended and not to attempt to make any modifications or changes of any kind to the product. These products are to be utilized only as directed by my health care provider. CONSENT FOR TREATMENT, PROOF OF DELIVERY, AUTHORIZATION TO RELEASE INFORMATION AND PERMIT PAYMENT OF INSURANCE BENEFITS TO HEATLH CARE PROVIDER KINEX MEDICAL COMPANY, LLC OR ITS BUSINESS PARTNERS. I authorize Kinex Medical Company, LLC or its Business Partners to deliver, administer and ship as necessary, the product and services prescribed by my health care provider, and I acknowledge that I have received the product and outlined services. I authorize Kinex Medical Company, LLC or its Business Partners, to submit a claim for such product to my insurer on my behalf, and I assign the benefits payable by my insurer for such product to Kinex Medical Company, LLC or its Business Partners. I authorize my health care provider and Kinex Medical Company, LLC or its Business Partners, to release any of my medical information required for my insurer to process the claim. Kinex Medical Company, LLC and its Business Partners bill through the usual and custom prices and are billed uniformly regardless of individual insurance. I understand that I am responsible for, and I agree to pay, any portion of the amount due for such product not paid by my insurer, whether resulting from deductibles, co-pays, or other. I acknowledge that I have received and understand my Patient Rights and Responsibilities and the CMS supplier standards provided. I also acknowledge that I have received and understand the information included in the Patient Information Booklet provided to me. I also authorize Kinex Medical Company, LLC or its Business Partners to contact me directly to obtain additional information that may be needed to process my claim and/or past due balance on my account. Rental/Purchase Option: Some durable medical equipment (DME), such as canes, crutches, or walkers can be rented or purchase; however, Kinex products are purchase only items. If you do not wish to purchase the product(s) from Kinex, you may request a prescription for the product directly from your health care provider and you may consult your local medical supply company to fill your order.

☐ I attest to: receiving products above, received education/training, provide return demonstration, and equipment applied to me on today's date.

Patient Signature (indicate relationship to patient)                                    Date/Time

☐ Collected Check   ☐ Collected Card   ☐ Collected Cash

☐ No Collection at Time of Setup                    Service Rep Signature                    Date/Time

W61 Airport Road, Suite 6 Waukesha, WI 53186 • phone: 800-845-6364 • fax: 888-847-8347 • email: info@kinexmedical.com

# EXHIBIT 34



|||| | |||||||| | ||| ||||||||| ||||| ||| |||| ||||

## Delivery Ticket

Distributor: R&M Rehab, LLC Territory: RM52 Setup Person: Joseph Baumann      776775

### Patient Demographic and Medical Information

| Name: | | Physician: | STONE, JAMES MD |
|---|---|---|---|
| Address(s): | Patient/Delivery/Billing | Date of Birth: | |
| | | Date of Surgery: 7/1/2021 | |
| Phone(s): | | Limb: | Left |
| ICD 10 Diagnosis: M17.12- | | Rx Length: | 70 days |

| Insurance Name | Insured Name | Insured DOB | Policy ID Number | Group Number | Phone Number |
|---|---|---|---|---|---|
| BCBS | | | R58547346 | | |
| MEDICARE | | | 5CA3ET0XF73 | | |

| Product Sticker | Product Type & Item Number | Serial Number | Qty | Measure | Start Date |
|---|---|---|---|---|---|
| | Customer Tablet | | 1 | Each | 7/2/21 |
| | Kinex Knee CPM | | 1 | Daily | |
| | IPC - DVT Prophylaxis, VenaFlow E0675 | | 1 | Monthly | |
| | Cold Device 11-0494, DJO E0218 | | 1 | Each | |
| | Knee CPM Pad Kit | | 1 | Each | |
| | DME Delivery Set Up | | 1 | Each | |
| | DONJOY WRAP, KNEE ROM BRACE 11-074x, DJO L1833 | | 1 | Each | |
| | Venaflow Calf Cuff, 3040 Aircast E0673 | | 1 | Each | |

Estimated cost is $250 if deductible has been met (estimated cost may vary when billing through a subcontractor). If my work comp or auto accident claim is denied, I will be responsible for the estimated cost.

_____ my initials indicate I understand my financial responsibilities.

I agree to use all products only in the manner for which they were intended and not to attempt to make any modifications or changes of any kind to the product. These products are to be utilized only as directed by my health care provider. CONSENT FOR TREATMENT, PROOF OF DELIVERY, AUTHORIZATION TO RELEASE INFORMATION AND PERMIT PAYMENT OF INSURANCE BENEFITS TO HEALTH CARE PROVIDER Kinex Medical Company, LLC OR ITS BUSINESS PARTNERS. I authorize Kinex Medical Company, LLC or its Business Partners to deliver, administer and ship as necessary, the product and services prescribed by my health care provider, and I acknowledge that I have received the product and outlined services. I authorize Kinex Medical Company, LLC or its Business Partners, to submit a claim for such product to my insurer on my behalf, and I assign the benefits payable by my insurer for such product to Kinex Medical Company, LLC or its Business Partners. I authorize my health care provider and Kinex Medical Company, LLC or its Business Partners, to release any of my medical information required for my insurer to process this claim. Kinex Medical Company, LLC and it's Business Partners bill through the usual and customary prices and are billed uniformly regardless of individual insurance. I understand that I am responsible for, and I agree to pay, any portion of the amount due for such product not paid by my insurer, whether resulting from deductibles, co-pays, or other. I acknowledge that I understand my Notice of Information Practices, Notice of Privacy Practices, Patient Rights & Responsibilities, and the Medicare Supplier Standards can be found on the KINEX website at www.kinexmedical.com under the Patient Resources tab at the top. I also authorize Kinex Medical Company, LLC or its Business Partners to contact me directly to obtain additional information that may be needed to process my claim and/or past due balance on my account. Rental/Purchase Option: Some durable medical equipment (DME), such as canes, crutches, or walkers can be rented or purchase; however, Kinex Medical Company, LLC products are purchase only items. If you do not wish to purchase the product(s) from Kinex Medical Company, LLC, you may request a prescription for the product directly from your health care provider and you may consult your local medical supply company to fill your order.

[☑] I attest to receiving products above, received education/training, provide return demonstration, and equipment applied to me on today's date.

| | Date/Time |
|---|---|
| _____ Patient Signature (indicate relationship to patient) | |
| ○ Collected Check  ○ Collected Card  ○ Collected Cash  ○ No Collection at Time of Setup | |
| | Date/Time |
| Service Rep Signature | |

1801 Airport Road · Suite D · Waukesha, WI 53188 · phone: 800-845-6364 · fax: 888-845-3342 · information@kinexmedical.com      1 of 1

# EXHIBIT 35





Patient Name:



7/6/75

**Notifier: Kinex Medical Company, LLC**
1801 Airport Road, Suite D · Waukesha, WI 53188
Phone (800)845-6364 / Fax (888)845-3342

## Advance Beneficiary Notice of Noncoverage (ABN)

**NOTE:** If Medicare doesn't pay for the **Cold Therapy Purchsae**, you may have to pay. Medicare does not pay for everything, even some care that you or your health care provider have good reason to think you need. We expect Medicare may not pay for the **Cold Therapy Purchase** below.

| Item | Reason Medicare May Not Pay | Estimated Cost |
|---|---|---|
| Cold Therapy Purchase | A water circulating cold pad with pump will be denied as not reasonable and necessary | $250 |

**WHAT YOU NEED TO DO NOW:**

- Read this notice, so you can make an informed decision about your care.
- Ask us any questions that you may have after you finish reading.
- Choose an option below about whether to receive the **Cold Therapy Purchase** listed above.
  - Note: If you choose Option 1 or 2, we may help you to use any other insurance that you might have, but Medicare cannot require us to do this.

---

**OPTIONS: Check only one box. We cannot choose a box for you.**

☐ **OPTION 1:** I want the **Cold Therapy Purchase** listed above. You may ask to be paid now, but I also want Medicare billed for an official decision on payment, which is sent to be on a Medicare Summary Notice (MSN). I understand that if Medicare doesn't pay, I am responsible for payment, but **I can appeal to Medicare** by following the directions on the MSN. If Medicare does pay, you will refund any payments I made to you, less co-pays or deductibles.

☐ **OPTION 2:** I want the **Cold Therapy Purchase** listed above, but do not bill Medicare. You may ask to be paid now as I am responsible for payment. **I cannot appeal if Medicare is not billed.**

☐ **OPTION 3:** I don't want the **Cold Therapy Purchase** listed above. I understand with this choice I am **not responsible** for payment, and **I cannot appeal to see if Medicare would pay.**

---

**Additional Information:**

This notice gives our opinion, not an official Medicare decision. If you have other questions on this notice or Medicare billing, call **1-800-MEDICARE** (1-800-633-4227/TTY: 1-877-486-2048). Signing below means that you have received and understand this notice. You also receive a copy.

_____
Patient Signature

_____
Date/Time

---

### CMS does not discriminate in its programs and activities. To request this publication in
### an alternate format, please call: 1-800-MEDICARE or email: AltFormatRequest@cms.hhs.gov.

According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number. The valid OMB control number for this information collection is 0938-0566. The required time to complete this information collection is estimated to average 7 minutes per response, including the time to review instructions, search existing data resources, gather the data needed, and complete and review the information collection. If you have comments concerning the accuracy of the time estimate or suggestions for improving this form, please write to: CMS, 7500 Security Boulevard, Attn: PRA Reports Clearance Officer, Baltimore, Maryland 21244-1850

---

*Form CMS-R-131 (Exp. 06/30/2023)*

Form Approved OMB No. 0938-0566

1801 Airport Road · Suite D · Waukesha, WI 53188 · phone: 800-845-6364 · fax: 888-845-3342 · information@kinexmedical.com        1 o




Patient Name 

776775

**Notifier: Kinex Medical Company, LLC**
1801 Airport Road, Suite D * Waukesha, WI 53188
Phone (800)845-6364 / Fax (888)845-3342

## Advance Beneficiary Notice of Noncoverage (ABN)

<u>NOTE</u>: If Medicare doesn't pay for the **DVT Therapy** system below, you may have to pay. Medicare does not pay for everything, even some care that you or your health care provider have good reason to think you need. We expect Medicare may not pay for the **DVT Therapy** system below.

| Item(s) | Reason Medicare May Not Pay: | Estimated Cost |
|---|---|---|
| DVT Therapy | This product is used for the prevention of DVT. This device used for the prevention of DVT is not a Medicare-covered benefit. | $250 |

### WHAT YOU NEED TO DO NOW:

- Read this notice, so you can make an informed decision about your care.
- Ask us any questions that you may have after you finish reading.
- Choose an option below about whether to receive the **DVT Therapy** system listed above.
  - Note: If you choose Option 1 or 2, we may help you to use any other insurance that you might have, but Medicare cannot require us to do this.

**OPTIONS: Check only one box. We cannot choose a box for you.**

☑ **OPTION 1:** I want the **DVT Therapy** system listed above. You may ask to be paid now, but I also want Medicare billed for an official decision on payment, which is sent to me on a Medicare Summary Notice (MSN). I understand that if Medicare doesn't pay, I am responsible for payment, but I can appeal to Medicare by following the directions on the MSN. If Medicare does pay, you will refund any payments I made to you, less co-pays or deductibles.

☐ **OPTION 2:** I want the **DVT Therapy** system listed above, but do not bill Medicare. You may ask to be paid now as I am responsible for payment. I cannot appeal if Medicare is not billed.

☐ **OPTION 3:** I don't want the **DVT Therapy** system listed above. I understand with this choice I am not responsible for payment, and I cannot appeal to see if Medicare would pay.

**Additional Information:**

This notice gives our opinion, not an official Medicare decision. If you have other questions on this notice or Medicare billing, call 1-800-MEDICARE (1-800-633-4227/TTY: 1-877-486-2048). Signing below means that you have received and understand this notice. You also receive a copy.

Patient Signature

Date Time

CMS does not discriminate in its programs and activities. To request this publication in an alternate format, please call: 1-800-MEDICARE or email: AltFormatRequest@cms.hhs.gov.

According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number. The valid OMB control number for this information collection is 0938-0566. The time required to complete this information collection is estimated to average 7 minutes per response, including the time to review instructions, search existing data resources, gather the data needed, and complete and review the information collection. If you have comments concerning the accuracy of the time estimate or suggestions for improving this form, please write to: CMS, 7500 Security Boulevard, Attn: PRA Reports Clearance Officer, Baltimore, Maryland 21244-1850.

Form CMS-R-131 (Exp. 06/30/2023)

Form Approved OMB No. 0938-0566

1801 Airport Road, Suite D, Waukesha, WI 53188, phone 800-845-6364, fax 888-845-3342. Website digimedonline.com

# EXHIBIT 36

KINEX **EXt 202 Home Medical**

## Delivery Ticket

Distributor: R&M Rehab, LLC Territory: RM1 Setup Person: Brian Misslich  393252

### Patient Demographic and Medical Information

| | | |
|---|---|---|
| Physician: | WICHMAN, MARK MD | |
| Date of Birth: | | |
| Date of Surgery: | 9/20/2017 | |
| Limb: | Right | |
| Rx Length: | 42 days | |

Phone(s):

ICD-10 Diagnosis: M17.0 Bilateral primary osteoarthritis of knee

| Name | Insured DOB | Policy ID Number | Group Number | Phone Number |
|---|---|---|---|---|
| | 3/17/1956 | | | 8777797598 |

| Type & Item Number | Serial Number | Qty | Measure | Start Date |
|---|---|---|---|---|
| Knee CPM | | 1 | Daily | |
| ThermoComp | | 1 | Monthly | |
| Cold-Contrast Therapy | | 1 | Monthly | |
| Cold-Heat Pad CHP | | 1 | Each | |
| Knee HL Seg Pad 0P9BSHKNKX | | 1 | Each | |
| IPC Therapy | | 1 | Monthly | |
| Knee CPM Pad Kit | | 1 | Each | |
| DME Delivery Set Up | | 1 | Each | |
| Post Op Brace 11-074x DJO Knee ROM Brace OTS | | 1 | Each | |

**Estimated cost is $200 if deductible has been met (estimated cost may vary when billing through a subcontractor). If my work comp or auto accident claim is denied, I will be responsible for the estimated cost. my initials indicate I understand my financial responsibilities.**

I agree to use all products only in the manner for which they were intended and not to attempt to make any modifications or changes of any kind to the product. These products are to be utilized only as directed by my health care provider. CONSENT FOR TREATMENT, PROOF OF DELIVERY, AUTHORIZATION TO RELEASE INFORMATION AND PERMIT PAYMENT OF INSURANCE BENEFITS TO HEATLH CARE PROVIDER KINEX MEDICAL COMPANY, LLC OR ITS BUSINESS PARTNERS. I authorize Kinex Medical Company, LLC or its Business Partners to deliver, administer and ship as necessary, the product and services prescribed by my health care provider, and I acknowledge that I have received the product and outlined services. I authorize Kinex Medical Company, LLC or its Business Partners, to submit a claim for such product to my insurer on my behalf, and I assign the benefits payable by my insurer for such product to Kinex Medical Company, LLC or its Business Partners. I authorize my health care provider and Kinex Medical Company, LLC and its Business Partners bill through the usual and custom prices and are billed uniformly regardless of individual insurance. I understand that I am responsible for, and I agree to pay, any portion of the amount due for such product not paid by my insurer, whether resulting from deductibles, co-pays, or other. I acknowledge that I have received and understand my Patient Rights and Responsibilities and the CMS supplier standards provided. I also acknowledge that I have received and understand the information included in the Patient Information Booklet provided to me. I also authorize Kinex Medical Company, LLC or its Business Partners to contact me directly to obtain additional information that may be needed to process my claim and/or past due balance on my account. Rental/Purchase Option: Some durable medical equipment (DME), such as canes, crutches, or walkers can be rented or purchase; however, Kinex products are purchase only items. If you do not wish to purchase the product(s) from Kinex, you may request a prescription for the product directly from your health care provider and you may consult your local medical supply company to fill your order.

☐ I attest to receiving products above, received education/training, provide return demonstration, and equipment applied to me on today's date.

Patient Signature (indicate relationship to patient)                              Date/Time

☐ Collected Check  ☐ Collected Card  ☐ Collected Cash

☐ No Collection at Time of Setup                    Service Rep Signature            Date/Time

**med E935**              **CO935**

1801 Airport Road - Suite D - Waukesha, WI 53188 - phone: 800-845-6364 - fax: 888-845-3342 - information@kinexmedical.com      1 of 1

# EXHIBIT 37



# EXHIBIT 38

*Actual order*

**MUST COMPLETE EACH SECTION (1 THRU 4) TO PRESCRIBE**

**1.** **DIAGNOSIS CODES** ICD-10 Code(s): __Z96.652__

☑ Knee ☐ Shoulder ☐ Hip ☐ Other: _____

**2.** **PRESCRIBED LENGTH OF NEED** (check one):

☑ 8 Weeks ☐ Purchase/Lifetime (99) ☐ Other: _____

**3.** **PRODUCTS PRESCRIBED** (check the items for your patient):

☐ Knee Kinex Connect CPM E0935: dynamic-static mobilization device + sheepskin pad E0188, CPM device as a physical therapy (PT) adjunct

☑ Kinex ThermoComp™ for Knee: Cold-Contrast-IPC + full leg pneumatic appliance + cold-heat pad

☐ Cold Device Purchase E0218 (gravity or motorized)

☐ Knee ROM Brace, Knee Orthotic L1833 OTS

☐ TROM L1833 OTS

☐ Shoulder Kinex CPM E0936: dynamic-static mobilization device + sheepskin pad E0188

☐ Kinex ThermoComp™ for Shoulder: Cold-Contrast-Compression + full arm pneumatic appliance + cold-heat pad

☐ Shoulder Kahuna Abduction Sling L3960

☐ Shoulder Orthosis L3670

☐ Shoulder Hip CPM E0936: dynamic-static mobilization device + sheepskin pad E0188

☐ Kinex ThermoComp™ for Hip: Cold-Contrast-Compression + pneumatic appliance + cold-heat pad

☐ DVT Purchase E0676 with rapid inflation-deflation cycle for venous and arterial insufficiency + L&R pads

# EXHIBIT 39



KINEX

*what was billed*

## Delivery Ticket

Distributor: R&M Rehab, LLC Territory: RM51 Setup Person: Demetri B.   1090843

### Patient Demographic and Medical Information

| | |
|---|---|
| **Name:** ▮ | **Physician:** KELLY, MICK |
| **Address(s):** Patient/Delivery/Billing ▮ | **Date of Birth:** ▮ |
| | **Date of Surgery:** 5/6/2024 |
| | **Limb:** Left |
| **Phone(s):** Voice: ▮ | **Rx Length:** 56 days |
| Voice: | **ICD 10 Diagnosis:** Z96.652- Presence of left artificial knee joint |
| Voice: | |
| **Email(s):** | |

| Insurance Name | Insured Name | Insured DOB | Policy ID Number | Group Number | Phone Number |
|---|---|---|---|---|---|
| MEDICAID | ▮ | | 3411951630 | | |

| Product Sticker | Product | Serial Number | Qty | Measure | Start Date |
|---|---|---|---|---|---|
| | Kinex ThermoComp | | 1 | Monthly | |
| | Cold-Contrast Therapy E0236 | | 1 | Monthly | |
| | Cold-Heat Pad E0249 | | 1 | Each | |
| | Knee HL Seg Pad 0P9BSHKNKX | | 1 | Each | |
| | Compression Therapy | | 1 | Monthly | |
| | DME Delivery Set Up | | 1 | Each | |
| | DONJOY WRAP, KNEE ROM BRACE 11-074x, DJO L1833 | | 1 | Each | |

**Estimated cost is Hardship Approved - $0 if deductible has been met (estimated cost may vary when billing through a subcontractor). If my work comp or auto accident claim is denied, I will be responsible for the estimated cost.**

By signing this agreement, I acknowledge that I understand my financial responsibilities and agree as follows:

I agree that these products are to be utilized only as directed by my health care provider. I agree to use all products only in the manner for which they were intended and not to attempt to make any modifications or changes of any kind to the product. I agree

CONSENT FOR TREATMENT, PROOF OF DELIVERY, AUTHORIZATION TO RELEASE INFORMATION AND PERMIT PAYMENT OF INSURANCE BENEFITS TO HEALTH CARE PROVIDER Kinex Medical Company, LLC OR ITS BUSINESS PARTNERS. I authorize Kinex Medical Company, LLC or its business partners to deliver, administer and ship as necessary, the product and services prescribed by my health care provider, and I acknowledge that I have received the product and outlined services. I authorize Kinex Medical Company, LLC or its business partners, to submit a claim for such product to my insurer on my behalf, and I assign the benefits payable by my insurer for such product to Kinex Medical Company, LLC or its business partners. I authorize my health care provider and Kinex Medical Company, LLC or its business partners, to release any of my medical information required for my insurer to process the claim. I understand Kinex Medical Company, LLC and its business partners bill through the usual and customary prices, which are billed uniformly regardless of individual insurance. I understand that I am responsible for, and I agree to pay, any portion of the amount due for such product not paid by my insurer, whether resulting from deductibles, co-pays, or other. I acknowledge that I understand my Notification of Information Practices, Notice of Privacy Practices, Patient Rights & Responsibilities, and the Medicare Supplier Standards can be found on the Kinex website at www.kinexmedical.com under the Patient Resources tab at the top.

RENTAL/PURCHASE OPTION: Some durable medical equipment (DME), such as canes, crutches, or walkers can be rented or purchased; however, Kinex Medical Company, LLC products are purchase only items. I understand that if I do not wish to purchase the product(s) from Kinex Medical Company, LLC, I may request a prescription for the product directly from my health care provider and I may consult your local medical supply company to fill my order.

I acknowledge that I have received the products above, received education/training, provided return demonstration, and all equipment applied to me as of today's date.

I consent to receiving automated phone calls or text messages from Kinex Medical Company, LLC or its business partners at the phone numbers listed above or at any other phone numbers provided to Kinex Medical Company, LLC or its business partners. I authorize Kinex Medical Company, LLC and its business partners to contact me at such phone numbers, including wireless telephone numbers, other numbers that may result in charges or whether the numbers were provided in the past, present, or future, via phone, text (SMS), and/or other method using an automated telephone dialing system and/or leaving prerecorded and/or artificial voice messages, for any purpose, including without limitation, for the purposes of processing my claim, my account balance and/or payment obligations. Message and data rates may apply. To opt-out at any time by replying "STOP".

Delivery Date/Time

CECE HARRIS Patient Signature (indicate relationship to patient)

☐ Collected Check  ☐ Collected Card  ☐ No Collection at Time of Setup

Delivery Date/Time

Service Rep Signature

1801 Airport Road · Suite D · Waukesha, WI 53188 · phone: 800-845-6364 · fax: 888-845-3342 · information@kinexmedical.com

1 of

# EXHIBIT 40



# NOTICE OF NONCOVERAGE

## NOTICE OF NONCOVERAGE

- We expect your BadgerCare or BadgerCare Managed Care plan may not pay for the **services** below.

| Check Services Received | Services | Reason Insurance May Not Pay | Estimated Cost |
|---|---|---|---|
| ☐ | Non-knee CPM | | |
| ☐ | Cold Purchase | | |
| ☐ | Cold-Contrast Therapy | This product is on the noncovered durable medical equipment list. | Hardship Approved - $0 |
| ☐ | Segmental Pneumatic Compression | | |
| ☐ | DVT Rental device and pads | | |
| ☐ | DVT Purchase | | |

**WHAT YOU NEED TO DO NOW:**

- Read this notice, so you can make an informed decision about your care.
- Ask us any questions that you may have after you finish reading.
- Choose an option below about whether to receive the services listed above:

    ○ I want the services listed above. I also want my insurance billed for an official decision on payment. I understand that if my insurance does not pay, I am responsible for payment, but **I can appeal to my insurance**.

    ○ I want the services listed above, but do not bill my insurance. **I cannot appeal if my insurance is not billed.**

    ○ I don't want the services listed above. I understand with this choice I am not responsible for payment, and **I cannot appeal to see if my insurance would pay.**

**SIGNATURE**
Signing below means that you have received and understand this notice.

_____     Date/Time

Patient Signature

Patient Name ████████ :090843

1800 Airport Road · Suite D · Waukesha, WI 53188 · phone: 800-845-6364 · fax: 888-845-3342 · information@kinexmedical.com

Case 2:24-cv-01461-JPS    Filed 11/13/24    Page 94 of 103    Document 1-2

# EXHIBIT 41





# EXHIBIT 42


KINEX

## Delivery Ticket

Distributor: R&M Rehab, LLC Territory: RM51 Setup Person: Jennifer T. 1095680

| Patient Demographic and Medical Information | |
|---|---|

| Name: | | Physician: | EVANICH, CHRISTOPHER MD |
|---|---|---|---|
| Address(s): | | Date of Birth: | |
| | | Date of Surgery: | 7/24/2024 |
| | | Limb: | Left |
| Phone(s): | | Rx Length: | 364 days |
| Email(s): | | ICD 10 Diagnosis: | M17.12- Unilateral primary osteoarthritis, left knee |

| Insurance Name | Insured Name | Insured DOB | Policy ID Number | Group Number | Phone Number |
|---|---|---|---|---|---|
| | | | | | |

| Product Sticker | Product | Serial Number | Qty | Measure | Start Date |
|---|---|---|---|---|---|
| | IceMan Universal Wrap-On Cold Pad 11-06xx-9-00000, DJO A9270 | | 1 | Each | |
| | DonJoy IceMan Classic3 11-0494, DJO E0218 | | 1 | Each | |
| | DME Delivery Set Up | | 1 | Each | |
| | CryoKnee Brace 11-5000-UNIV, DJO L1833 | | 1 | Each | |
| | Two-Button Folding Walker w/5" Wheels MDS86410x, Medline E0143 | | 1 | Each | |

**Estimated cost is $150 if deductible has been met (estimated cost may vary when billing through a subcontractor). If my Work Comp claim is no longer open/not related to the above products, or my auto accident medical funds are exhausted, I will be responsible for the estimated cost. If I am Active Duty Military, I will not be responsible for the estimated cost.**

By signing this agreement, I acknowledge that I understand my financial responsibilities and agree as follows:

I agree to use all products only in the manner for which they were intended and not to attempt to make any modifications or changes of any kind to the product. I agree that these products are to be utilized only as directed by my health care provider.

CONSENT FOR TREATMENT, PROOF OF DELIVERY, AUTHORIZATION TO RELEASE INFORMATION AND PERMIT PAYMENT OF INSURANCE BENEFITS TO HEALTH CARE PROVIDER Kinex Medical Company, LLC OR ITS BUSINESS PARTNERS. I authorize Kinex Medical Company, LLC or its business partners to deliver, administer and ship as necessary, the product and services prescribed by my health care provider, and I acknowledge that I have received the product and outlined services. I authorize Kinex Medical Company, LLC or its business partners, to submit a claim for such product to my insurer on my behalf, and I assign the benefits payable by my insurer for such product to Kinex Medical Company, LLC or its business partners. I authorize my health care provider and Kinex Medical Company, LLC or its business partners, to release any of my medical information required for my insurer to process the claim. I understand Kinex Medical Company, LLC and its business partners bill through the usual and customary prices, which are billed uniformly regardless of individual insurance. I understand that I am responsible for, and I agree to pay, any portion of the amount due for such product not paid by my insurer, whether resulting from deductibles, co-pays, or other. I acknowledge that I understand my Notification of Information Practices, Notice of Privacy Practices, Patient Rights & Responsibilities, and the Medicare Supplier Standards can be found on the Kinex website at www.kinexmedical.com under the Patient Resources tab at the top.

RENTAL/PURCHASE OPTION: Some durable medical equipment (DME), such as canes, crutches, or walkers can be rented or purchased; however, Kinex Medical Company, LLC products are purchase only items. I understand that if I do not wish to purchase the product(s) from Kinex Medical Company, LLC, I may request a prescription for the product directly from my health care provider and I may consult your local medical supply company to fill my order.

I acknowledge that I have received the products above, received education/training, provided return demonstration, and all equipment applied to me as of today's date.

I consent to receiving automated phone calls or text messages from Kinex Medical Company, LLC or its business partners at the phone numbers listed above or at any other phone numbers provided to Kinex Medical Company, LLC or its business partners. I authorize Kinex Medical Company, LLC and its business partners to contact me at such phone numbers, including wireless telephone numbers, other numbers that may result in charges or whether the numbers were provided in the past, present, or future, via phone, text (SMS), and/or other method using an automated telephone dialing system and/or leaving prerecorded and/or artificial voice messages, for any purpose, including without limitation, for the purposes of processing my claim, my account balance and/or payment obligations. Message and data rates may apply. To opt-out at any time by replying "STOP".

| | |
|---|---|
| Patient Signature (indicate relationship to patient) | Delivery Date/Time |

☐ Collected Check ☐ Collected Card ☐ No Collection at Time of Setup

| | |
|---|---|
| Service Rep Signature | Delivery Date/Time |

# EXHIBIT 43


KINEX



# NOTICE OF NONCOVERAGE

NOTICE OF NONCOVERAGE:

- We expect United Healthcare (UHC) may not pay for the **services** below.

| Services | Reason UHC May Not Pay | Estimated Cost |
|---|---|---|
| Cold Therapy | Not medically necessary | $150 |

**WHAT YOU NEED TO DO NOW:**

- Read this notice, so you can make an informed decision about your care.
- Ask us any questions that you may have after you finish reading.
- Choose an option below about whether to receive the services listed above:

  ⊙ I want the services listed above. I also want my insurance billed for an official decision on payment. I understand that if my insurance does not pay, I am responsible for payment, but **I can appeal to my insurance**.

  ⊙ I want the services listed above, but do not bill my insurance. **I cannot appeal if my insurance is not billed.**

  ⊙ I don't want the services listed above. I understand with this choice I am not responsible for payment, and **I cannot appeal to see if my insurance would pay**.

**SIGNATURE**

Signing below means that you have received and understand this notice.

_____        _____
Patient Signature                                                                               Date/Time

# EXHIBIT 44


KINEX

## Delivery Ticket

Distributor: R&M Rehab, LLC Territory: RM50 Setup Person: Amy Hoffman 940679

### Patient Demographic and Medical Information

**Name:**

**Address(s):** Patient/Delivery/Billing

**Phone(s):** Voice
Voice

Physician: WEBBER, NICHOLAS MD

Date of Birth:

Date of Surgery: 2/9/2023

Limb: Left

Rx Length: 56 days

**ICD 10 Diagnosis:** M17.12,R26.9,R68.89- Unilateral primary osteoarthritis, left knee, Unspecified abnormalities of gait and mobility, Other general symptoms and signs

| Insurance Name | Insured Name | Insured DOB | Policy ID Number | Group Number | Phone Number |
|---|---|---|---|---|---|

| Product Sticker | Product | Serial Number | Qty | Measure | Start Date |
|---|---|---|---|---|---|
| | Customer Tablet | | 1 | Each | |
| | Kinex Knee CPM | | 1 | Daily | |
| | IceMan Universal Wrap-On Cold Pad 11-06xx-9-00000. DJO A9270 | | 1 | Each | |
| | DonJoy IceMan Classic3 11-0494, DJO E0218 | | 1 | Each | |
| | VenaGo 31M, DJO E0676 | | 1 | Each | |
| | Knee CPM Pad Kit | | 1 | Each | |
| | DME Delivery Set Up | | 1 | Each | |
| | DONJOY WRAP, KNEE ROM BRACE 11-074x, DJO L1833 | | 1 | Each | |

Estimated cost is $200 if deductible has been met (estimated cost may vary when billing through a subcontractor). If my work comp or auto accident claim is denied, I will be responsible for the estimated cost.

By signing this agreement, I acknowledge that I understand my financial responsibilities and agree as follows:

I agree to use all products only in the manner for which they were intended and not to attempt to make any modifications or changes of any kind to the product. I agree that these products are to be utilized only as directed by my health care provider.

CONSENT FOR TREATMENT, PROOF OF DELIVERY, AUTHORIZATION TO RELEASE INFORMATION AND PERMIT PAYMENT OF INSURANCE BENEFITS TO HEATLH CARE PROVIDER Kinex Medical Company, LLC OR ITS BUSINESS PARTNERS. I authorize Kinex Medical Company, LLC or its business partners to deliver, administer and ship as necessary, the product and services prescribed by my health care provider, and I acknowledge that I have received the product and outlined services. I authorize Kinex Medical Company, LLC or its business partners, to submit a claim for such product to my insurer on my behalf, and I assign the benefits payable by my insurer for such product to Kinex Medical Company, LLC or its business partners. I authorize my health care provider and Kinex Medical Company, LLC or its business partners, to release any of my medical information required for my insurer to process the claim. I understand Kinex Medical Company, LLC and its business partners bill through the usual and customary prices, which are billed uniformly regardless of individual insurance. I understand that I am responsible for, and I agree to pay, any portion of the amount due for such product not paid by my insurer, whether resulting from deductibles, co-pays, or other. I acknowledge that I understand my Notification of Information Practices, Notice of Privacy Practices, Patient Rights & Responsibilities, and the Medicare Supplier Standards can be found on the Kinex website at www.kinexmedical.com under the Patient Resources tab at the top.

RENTAL/PURCHASE OPTION: Some durable medical equipment (DME), such as canes, crutches, or walkers can be rented or purchased; however, Kinex Medical Company, LLC products are purchase only items. I understand that if I do not wish to purchase the product(s) from Kinex Medical Company, LLC , I may request a prescription for the product directly from my health care provider and I may consult your local medical supply company to fill my order.

I acknowledge that I have received the products above, received education/training, provided return demonstration, and all equipment applied to me as of today's date.

I consent to receiving automated phone calls or text messages from Kinex Medical Company, LLC or its business partners at the phone numbers listed above or at any other phone numbers provided to Kinex Medical Company, LLC or its business partners. I authorize Kinex Medical Company, LLC and its business partners to contact me at such phone numbers, including wireless telephone numbers, other numbers that may result in charges or whether the numbers were provided in the past, present, or future, via phone, text (SMS), and/or other method using an automated telephone dialing system and/or leaving prerecorded and/or artificial voice messages, for any purpose, including without limitation, for the purposes of processing my claim, my account balance and/or payment obligations. Message and data rates may apply. To opt-out at any time by replying "STOP".

Date/Time

Patient Signature (indicate relationship to patient)

○ Collected Check  ○ Collected Card  ○ No Collection at Time of Setup

Date/Time

Service Rep Signature